IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of July 7, 2006, the parties file this Joint Status Report to inform the Court of the status of the settlement negotiations in this case. Plaintiff's counsel has reviewed this Status Report and authorized defendant's counsel to file it as a Joint Status Report.

Prior to the flooding at the Office of Chief Counsel, defendant's counsel and the Service had arranged to meet in early July to review plaintiff's submissions and discuss the settlement negotiations in this case. Subsequent to the flooding, defendant's counsel has forwarded emails and attempted to reach that office by phone, with no success. As of the drafting of this status report, defendant's counsel understands that the Office of Chief Counsel is relocating to Crystal City, Virginia, and hopes to contact the Service representatives assigned to this case in the very near future. Although it is uncertain as to when he will be able to meet with representatives of

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

the Office of Chief Counsel, defendant's counsel anticipates meeting with the Service's representatives in early September and resuming the negotiations with plaintiff's counsel shortly thereafter.

The parties continue to be working toward what they hope will be a settlement of the case. They propose to file another Joint Status Report no later than October 30, 2006 to inform the Court of the progress of the negotiations.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Mary M. Abate
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
MARY M. ABATE