# In the United States Court of Federal Claims

CENCAST SERVICES, L.P., et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T

Filed September 6, 2006

## ORDER

On August 29, 2006, the parties filed a joint status report on the progress of settlement negotiations. The parties represented that defendant's counsel intends to meet with the Internal Revenue Service Office of Chief Counsel in early September and to resume negotiations with plaintiff's counsel shortly thereafter. The parties also reported that they still hope to reach a settlement of these cases. The parties proposed that they file another joint status report no later than October 30, 2006.

In light of the above, the Court ORDERS that by **Monday, October 30, 2006**, the parties shall file another joint status report to inform the Court of the progress of settlement negotiations.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge