IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of September 6, 2006, the parties file this Joint Status Report to inform the Court of the status of the settlement negotiations in this case. Plaintiff's counsel has reviewed this Status Report and authorized defendant's counsel to file it as a Joint Status Report.

Subsequent to the last Status Report, defendant's counsel and the Service have met to review plaintiff's submissions and discuss the settlement negotiations in this case. A computer audit specialist has been assigned by the Service to review certain of plaintiff's contentions regarding the Service's computations. She expects to complete that work by November 9, 2006. In addition, defendant's counsel is preparing to respond to certain of plaintiff's positions by

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

November 3, 2006. The parties have currently scheduled a meeting for November 15, 2006 to resume the settlement negotiations.

The parties continue to be working toward what they hope will be a settlement of the case. They propose to file another Joint Status Report no later than December 15, 2006 to inform the Court of the progress of the negotiations.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Mary M. Abate
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
MARY M. ABATE