# In the United States Court of Federal Claims

CENCAST SERVICES, L.P., et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T

Filed October 31, 2006

## ORDER

On October 30, 2006, the parties filed a joint status report detailing the progress of settlement negotiations. The parties represent that they have met to discuss settlement and that they have a meeting scheduled for November 15, 2006, to resume their settlement negotiations. The parties proposed that they file another joint status report on or before December 15, 2006.

In light of the above, the Court ORDERS that on or before **Friday, December 15, 2006**, the parties shall file another joint status report to inform the Court of the progress of settlement negotiations.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge