IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of October 31, 2006, the parties file this Joint Status Report to inform the Court of the status of the settlement negotiations in this case. Plaintiff's counsel has reviewed this Status Report and authorized defendant's counsel to file it as a Joint Status Report.

Subsequent to the last Status Report, the parties met to pursue settlement negotiations. After that meeting, and following consultation between plaintiffs and their counsel, and consultation between the Department of Justice and the Office of Chief Counsel, Internal Revenue Service, the parties are unable to reach a settlement of this case.

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

Due to counsels' schedules over the next few weeks, the parties propose to file a status report on or before January 19, 2007, to suggest a schedule for further proceedings in this case.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Mary M. Abate
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
MARY M. ABATE