# In the United States Court of Federal Claims

CENCAST SERVICES, L.P., et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T

Filed December 18, 2006

## ORDER

On December 15, 2006, the parties filed a joint status report detailing the progress of settlement negotiations. In their joint status report, the parties stated that they had met to discuss settlement, but were ultimately unable to reach a settlement in this case. The parties proposed that they file a joint status report suggesting a schedule for further proceedings in this case on or before January 19, 2007.

In light of the above, the Court ORDERS that on or before **Friday, January 19, 2007**, the parties shall file a joint status report suggesting a schedule for further proceedings.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge