IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO SUBSTITUTE KENT YALOWITZ
AS ATTORNEY OF RECORD

Pursuant to Court of Federal Claims Rule 83.1(c), Plaintiffs respectfully seek leave to enter the appearance of **Kent Yalowitz** as the attorney of record, in place of the existing attorney of record **James P. Joseph**. James P. Joseph shall continue as of counsel. Please find attached an affidavit of appointment executed by Mr. Yalowitz in accordance with Rule 83.1(c)(4). By his signature below, Mr. Joseph hereby consents to Mr. Yalowitz's appointment. Upon substitution of Mr. Yalowitz as attorney of record, with this Court's permission, service of all papers by opposing parties should be addressed as follows:

Kent Yalowitz
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000 (tel.)
(212) 715-1399 (fax)

1 By order dated January 7, 2003, proceedings in these related cases were consolidated.

Respectfully submitted,

KENT YALOWITZ
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690
Telephone: 212-715-1000
Facsimile: 212-715-1399
E-mail: Kent_Yalowitz@aporter.com

s/James P. Joseph

JAMES P. JOSEPH
Arnold & Porter LLP
555 12th Street, N.W.
Washington, DC 20004
Telephone: 202-942-5355
Facsimile: 202-942-5999
E-mail: James_Joseph@aporter.com

Of Counsel:

Stuart E. Seigel
1095 Park Avenue
New York, NY 10128

Counsel for Plaintiffs

Dated January 10, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

AFFIDAVIT OF APPOINTMENT OF KENT YALOWITZ
AS ATTORNEY OF RECORD

I Kent Yalowitz, hereby attest that I have been appointed by Plaintiffs to appear as attorney of record in this matter, and to replace the existing attorney of record James P. Joseph.

I declare under penalty of perjury that the foregoing is true and correct.

Kent Yalowitz
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000 (tel.)
(212) 715-1399 (fax)

Dated: January 10, 2007

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.