IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

AFFIDAVIT OF APPOINTMENT OF KENT YALOWITZ
AS ATTORNEY OF RECORD

---

I Kent Yalowitz, hereby attest that I have been appointed by Plaintiffs to appear as attorney of record in this matter, and to replace the existing attorney of record James P. Joseph.

I declare under penalty of perjury that the foregoing is true and correct.

Kent Yalowitz
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000 (tel.)
(212) 715-1399 (fax)

Dated: January 10, 2007

---

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.