IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

                                                                Plaintiffs

v.

THE UNITED STATES,

                                                                Defendant
_____

JOINT STATUS REPORT
_____

Pursuant to the Court's Order of December 18, 2006, the parties file this Joint

Status Report to propose further proceedings in the above referenced matter.  Plaintiff's

counsel has reviewed this Status Report and authorized defendant's counsel to file it as a

Joint Status Report.

On January 12, 2007, counsel for the parties met regarding this case.  Defendant

anticipates it will move to seek leave to amend its answers and counterclaims to assert

certain affirmative defenses.  At this time, plaintiffs' counsel is reviewing the complaints

as filed to determine whether plaintiffs will move to seek leave to amend their

complaints.  The parties propose to exchange drafts of any proposed amendments on or

about February 9, 2007, to determine whether any objections to a motion for leave will be

asserted.  The parties propose to file any motions to seek leave to amend their pleadings

_____

[1]  By order dated January 7, 2003, proceedings in these related cases were
consolidated.

on or before February 23, 2007.  Any responses required by amendments which are permitted by the Court would be filed in accordance with the Rules of the Court of Federal Claims.

Following receipt of any proposed amendments, the parties anticipate they will be better informed as to the requirements of the litigation.  As a result, the parties propose to meet the week of March 5, 2007, to further discuss and arrive at a schedule for proceeding with litigation.  The parties suggest that a joint status report be filed on March 16, 2007, with a proposed schedule for future proceedings.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C.  20044
(202) 616-3366
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
    Assistant Attorney General
David Gustafson
    Chief, Court of Federal Claims Section
Mary M. Abate
      Assistant Chief, Court of Federal Claims Section

 s/Mary M. Abate
MARY M. ABATE