# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) ) ) | |
| Plaintiff, | ) ) | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) ) | 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) ) | Filed January 23, 2007 |
| Defendant. | ) ) | |

**ORDER**

On January 18, 2007, the parties filed a joint status report proposing a partial schedule for further proceedings in the consolidated cases. Defendant anticipates seeking leave to amend its answers and counterclaims to assert certain affirmative defenses, while plaintiffs' counsel is reviewing the complaints in order to determine whether to seek leave to amend plaintiffs' complaints. The parties propose that they exchange drafts of any proposed amendments on or about February 9, 2007, to determine whether they will assert any objections to the motions for leave to amend. The parties propose filing their motions seeking leave to amend on or before February 23, 2007, and that any responses to the amendments be filed in accordance with the Rules of the United States Court of Federal Claims.

The parties propose further to meet the week of March 5, 2007, to discuss a schedule for the further proceedings. They propose to file a joint status report with the Court on March 16, 2007, setting forth a proposed schedule for further proceedings.

In light of the above, the Court ORDERS that on or about **Friday, February 9, 2007**, the parties exchange drafts of their respective proposed amendments and that on or before **Friday, February 23, 2007**, they file their motions to seek leave to amend their pleadings. The

Court further ORDERS that the parties meet during the week of **March 5, 2007**, and file a joint status report on or before **Friday, March 16, 2007**, proposing a schedule for further proceedings.

    IT IS SO ORDERED.

                                                  s/ George W. Miller  
                                                  GEORGE W. MILLER  
                                                  Judge