IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

---

MOTION FOR LEAVE TO FILE AMENDED ANSWERS

---

Pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for leave to file amended answers in these consolidated cases, copies of which are attached hereto. The amended answers also restate the counterclaims contained in the original answers. Plaintiffs have reviewed these pleadings and consented by email to the filing of the amended answers and restated counterclaims. The purpose of the proposed amendments is to add the affirmative defenses of estoppel and ratification to plaintiffs' allegations that the statute of limitations for assessments had expired.

In support of this motion, the defendant states the following:

Plaintiffs filed their complaints in this consolidated matter in December 20, 2002, and the defendant filed answers and counterclaims to those complaints. In reviewing the answers and

---

[1]By order dated January 7, 2003, proceedings in these related cases were consolidated.

counterclaims filed in these matters, the defendant's trial attorney has determined that the affirmative defenses of estoppel and ratification should be raised to the plaintiffs' allegations regarding the expiration of the statute of limitations. While certain other stylistic changes have been made to the pleadings, the only substantive changes are to add those two affirmative defenses. Due to plaintiffs' consent, Rule 15(a) permits the defendant to filed these amended pleadings. Further, because discovery has not yet begun, there is no prejudice to plaintiffs by the amendments.

WHEREFORE, the defendant prays that its motion for leave to file the attached Amended Answers and Counterclaims be allowed.

Respectfully submitted,

February 23, 2007

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
MARY M. ABATE

February 23, 2007

s/Mary M. Abate