# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| _____ | ) | |
| CENCAST SERVICES, L.P., et al., | ) | |
|  | ) | |
| Plaintiff, | ) | Nos. 02-1916 T, 02-1917 T, |
|  | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
|  | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
|  | ) | Filed February 26, 2007 |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

On February 23, 2007, pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims and this Court's order of January 23, 2007 (docket entry 84), defendant filed a motion for leave to file amended answers in each of the ten consolidated cases. Concurrently with its motion, defendant submitted its proposed amended answers. The purpose of the proposed amendments is to add the affirmative defenses of estoppel and ratification in response to plaintiffs' allegations regarding the expiration of the statute of limitations. Defendant avers that the addition of the affirmative defenses is the only substantive change to its original answers and counterclaims, filed May 14, 2003 (docket entries 12–21), and that any other changes are merely stylistic. Defendant further avers that plaintiffs reviewed and consented to the filing of the amended answers and counterclaims.

In light of the above, defendant's motion is GRANTED. The Clerk is directed to file defendant's amended answers, which were submitted with its motion for leave to file amended answers.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge