IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

                       Plaintiffs

v.

THE UNITED STATES,

                       Defendant
_____

JOINT STATUS REPORT
_____

Pursuant to the Court's Order of January 23, 2007, the parties file this Joint Status Report to recommend to the Court further proceedings in this case. Plaintiff's counsel has reviewed this Status Report and authorized defendant's counsel to file it as a Joint Status Report.

The Government has filed its Amended Answers and Counterclaims in this matter. Plaintiffs are reviewing those pleadings and anticipate filing responses. Plaintiffs recommend that their responses to the Amended Answers and Counterclaims be filed on or about April 6, 2007. Following the filing of plaintiffs' responses, the parties believe they will be able to recommend a schedule in accordance with paragraph 5 of Appendix A. The parties propose to file that recommended schedule on or about April 20, 2007.

---

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C.  20044
(202) 616-3366
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
   Assistant Attorney General
DAVID GUSTAFSON
   Chief, Court of Federal Claims Section
MARY M. ABATE
    Assistant Chief, Court of Federal Claims Section

 s/Mary M. Abate
MARY M. ABATE