# In the United States Court of Federal Claims

|   |   |   |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
|         Plaintiff, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed March 19, 2007 |
|         Defendant. | ) | |

## ORDER

Pursuant to this Court's order of January 23, 2007, the parties filed a joint status report on March 16, 2007, to recommend further proceedings in this case. In their joint status report, plaintiffs requested that they be permitted to file their responses to defendant's amended answers and counterclaims on or about April 6, 2007. The parties stated that, after the plaintiffs' responses were filed, they would be able to recommend a schedule in accordance with paragraph 5 of Appendix A of the Rules of the United States Court of Federal Claims, and requested that they be permitted to file a proposed schedule on or about April 20, 2007.

In light of the above, the Court adopts the parties' proposals and ORDERS that plaintiffs file and serve their responses to defendant's amended answers and counterclaims on or before **Friday, April 6, 2007**. The Court FURTHER ORDERS that the parties file a proposed schedule for further proceedings on or before **Friday, April 20, 2007**.

IT IS SO ORDERED.

        s/ George W. Miller
        GEORGE W. MILLER
        Judge