# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Cencast Services, L.P., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**The United States,**<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]<br><br>Judge George W. Miller |

## REPLY

Plaintiff, Cencast Services, L.P., by its undersigned attorneys, in reply to the Counterclaim filed in Fed. Cl. No. 02-1916 T, admits, denies and alleges as follows:

30. Plaintiff avers that it currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 30 of the Counterclaim.

31. Plaintiff admits the allegations of paragraph 31 of the Counterclaim.

32. Plaintiff admits the allegations of paragraph 32 of the Counterclaim.

33. Plaintiff denies the allegations of paragraph 33 of the Counterclaim.

[1] Proceedings in these related cases were consolidated by Order dated January 7, 2003.

The remainder of the Counterclaim consists of a prayer for relief as to which no responsive pleading is required; to the extent a responsive pleading may be deemed required, Plaintiff denies the remainder of the Counterclaim.

Plaintiff denies each and every allegation of the Counterclaim not expressly admitted above.

Respectfully submitted,

April 6, 2007

s/ Kent Yalowitz

Kent Yalowitz
Counsel of Record
Arnold & Porter
399 Park Avenue
New York, NY 10022
phone - (212) 715-1113
facsimile - (212) 715-1399

James Joseph
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004
phone - (202) 942-5355
facsimile - (202) 942-5999

Stuart E. Seigel
Of Counsel
1095 Park Avenue
New York, NY 10128
phone - (212) 427-3404
facsimile - (212) 427-3604