IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

                                Plaintiffs

v.

THE UNITED STATES,

                                Defendant
_____

JOINT STATUS REPORT
_____

Pursuant to the Court's Order of March 19, 2007, the parties recommend to the Court the following schedule for further proceedings in this case. Plaintiff's counsel has reviewed this Status Report and authorized defendant's counsel to file it as a Joint Status Report.

The parties propose the following schedule pursuant to Rule 16 of the Rules of the Court of Federal Claims:

1. Fact discovery will be concluded on or before June 30, 2008

2. Expert witness reports would be exchanged on or before August 31, 2008.

3. The expert witnesses who have offered reports will be deposed on or before September 29, 2008.

4. Rebuttal expert reports will be exchanged on or before November 14, 2008.

---

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

5. Rebuttal expert depositions will be concluded on or before December 19, 2008.

6. The parties will file a joint status report by January 16, 2009, and propose that the Court schedule a conference to discuss further proceedings at that time.

7. Dispositive motions will be filed on or before March 31, 2009.

                              Respectfully submitted,

                              s/David R. House
                              DAVID R. HOUSE
                              Attorney of Record
                              U.S. Department of Justice
                              Tax Division
                              Court of Federal Claims Section
                              Post Office Box 26
                              Ben Franklin Post Office
                              Washington, D.C.  20044
                              (202) 616-3366
                              (202) 514-9440 (facsimile)

                              EILEEN J. O'CONNOR
                                 Assistant Attorney General
                              DAVID GUSTAFSON
                                 Chief, Court of Federal Claims Section
                              MARY M. ABATE
                                  Assistant Chief, Court of Federal Claims Section

                              s/Mary M. Abate
                              MARY M. ABATE