# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | |
| Plaintiff, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed April 24, 2007 |
| Defendant. | ) | |

## ORDER

      Having reviewed the parties' joint status report, filed April 20, 2007, and after consultation with counsel, the Court does hereby ORDER that the parties shall participate with the Court in a telephonic status conference on **Tuesday, May 1, 2007, at 10 a.m.** The Court will initiate the call. In preparation for the status conference the Court requests that the parties be prepared to address the following questions:

      1) Why do the parties feel they need more than one year to complete fact discovery?

      2) To what subjects and issues do the parties anticipate that such fact discovery will be relevant?

      3) Do the parties believe that the case can be disposed of in whole or in part by motion(s) for summary judgment?

      4) If the parties believe that the case cannot be disposed of in whole or in part by summary judgment, what genuine issues of material fact do the parties anticipate will need to be tried?

      5) If the parties believe that the case can be disposed of in whole or in part by summary judgment, would it make sense for one party or both parties to file such a motion before undertaking lengthy discovery and let the parties, if they feel they need discovery in order to respond, file Rule 56(f) affidavits?

       6) What expert witnesses do the parties anticipate calling and why, *i.e.*, to what issues do the parties anticipate that such expert testimony will be relevant?

       IT IS SO ORDERED.

                                      s/ George W. Miller
                                      GEORGE W. MILLER
                                      Judge