IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

                                        Plaintiffs

v.

THE UNITED STATES,

                                        Defendant
_____

JOINT STATUS REPORT
_____

Pursuant to the Court's Order of May 2, 2007, the parties recommend to the Court the following schedule for further proceedings in this case, recognizing that future events may necessitate changes in this schedule. Plaintiff's counsel has reviewed this Status Report and authorized defendant's counsel to file it as a Joint Status Report.

1. With regard to the computational issues the parties have identified, including determining the proper amount of the so-called SUI credit, the parties shall serve first sets of document requests and interrogatories by June 29, 2007. The parties may serve additional document requests and interrogatories, and may make use of additional discovery devices, such as requests for admission, to the extent available under the Rules of this Court. The parties shall endeavor to complete the exchange of

---

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

documentary information and interrogatory responses concerning computational issues by November 30, 2007.

2. With regard to statute of limitations issues, the plaintiffs shall serve and file a motion for summary judgment by June 29, 2007.  The defendant shall serve and file an opposition to such motion, which may include a description of necessary discovery as contemplated by Rule 56(f) of the Rules of this Court, by August 17, 2007.  The plaintiffs shall serve and file a reply, if any, by September 7, 2007.   The service and filing of the motion for summary judgment shall not preclude the use of discovery devices to the extent otherwise available under the Rules of this Court.

3. With regard to issues relating to the identity of the common law employer for purposes of determining the wage base for various types of employees, the parties may serve whatever paper discovery they deem appropriate, including document requests, interrogatories, and requests for admission.  The parties shall endeavor to complete the exchange of information concerning such issues by November 30, 2007.

4. The parties shall endeavor to conduct all fact discovery and expert discovery on each of the three sets of issues identified above on parallel tracks.

5. The parties file a joint status report by December 14, 2007, and the Court will schedule a conference to discuss further proceedings at that time.

          Respectfully submitted,

          s/David R. House
          DAVID R. HOUSE
          Attorney of Record
          U.S. Department of Justice
          Tax Division
          Court of Federal Claims Section
          Post Office Box 26
          Ben Franklin Post Office
          Washington, D.C.  20044
          (202) 616-3366
          (202) 514-9440 (facsimile)

          EILEEN J. O'CONNOR
             Assistant Attorney General
          DAVID GUSTAFSON
             Chief, Court of Federal Claims Section
          MARY M. ABATE
             Assistant Chief, Court of Federal Claims Section

          s/Mary M. Abate
          MARY M. ABATE
             Of Counsel

          Attorneys for Defendant