# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., *et al.*, | ) ) ) | |
| Plaintiff, | ) ) | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) ) | 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) ) | Filed May 16, 2007 |
| Defendant. | ) ) | |

### **ORDER**

On May 15, 2007 the parties filed a joint status report proposing an agreed schedule for further pretrial proceedings in these consolidated cases (docket entry 94). Having reviewed the parties' submission, the Court does hereby **ORDER** that the schedule proposed by the parties shall be, and hereby is, adopted by the Court. The parties' schedule shall have the same force and effect as if incorporated in this Order *in haec verba*. The Court agrees with the parties' proposal in paragraph 5 of their joint status report, and the Court therefore does hereby **FURTHER ORDER** that the parties shall file by **December 14, 2007** a joint status report describing their progress in accomplishing the activities described in their schedule. Thereafter, the Court will schedule a telephonic status conference to discuss further pretrial proceedings.

**IT IS SO ORDERED**.

   s/ George W. Miller
GEORGE W. MILLER
Judge