IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Cencast Services, L.P., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**The United States,**<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T,<br>02-1918 T, 02-1919 T,<br>02-1920 T, 02-1921 T,<br>02-1922 T, 02-1923 T,<br>02-1924 T, 02-1925 T<br><br>Judge George W. Miller |

# CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6 and 6.1, plaintiffs hereby move for a thirty-day enlargement of the time in which plaintiffs may serve and file a motion for summary judgment on statute of limitations grounds. In an attempt to narrow the questions remaining for decision, the parties are presently discussing a potential compromise that would resolve some, but not all, issues in the case. The statute of limitations issue is among those that are under discussion and that could be resolved if these discussions bear fruit. In order to facilitate this discussion, and with the hope of reducing the burden on the parties and the Court, plaintiffs respectfully request a thirty-day enlargement of the time set for plaintiffs' statute of limitations motion in the Court's Order of May 16, 2007. With this enlargement, plaintiffs would have until July 30, 2007 to serve and file their motion. No other dates would be adjourned, and the parties would continue to progress on the other issues.

The time for this motion has not previously been enlarged. Defendant has authorized plaintiffs to represent that it consents to this motion.

Respectfully submitted,

June 29, 2007

s/ Kent Yalowitz

Kent Yalowitz
Counsel of Record
Arnold & Porter
399 Park Avenue
New York, NY 10022
phone - (212) 715-1113
facsimile - (212) 715-1399

James Joseph
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004
phone - (202) 942-5355
facsimile - (202) 942-5999

Stuart E. Seigel
Of Counsel
1095 Park Avenue
New York, NY 10128
phone - (212) 427-3404
facsimile - (212) 427-3604