# In the United States Court of Federal Claims

CENCAST SERVICES, L.P., *et al.*,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T

Filed September 28, 2007

## ORDER

Plaintiffs have filed several motions for enlargement of time to file a motion for summary judgment, all of which specified that no dates other than the deadline for plaintiffs to file their summary judgment motion "would be adjourned." The Court is unclear what effect these motions have had on the deadlines for any associated response and reply. Thus, the Court hereby **ORDERS** that the parties submit a joint status report by **October 5, 2007**, specifying the parties' understanding of the current dates when (1) the plaintiffs' motion for summary judgment, (2) the associated response, and (3) the associated reply are due.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge