IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of September 28, 2007, the parties file this Joint Status Report to advise the Court as to the current deadlines for plaintiffs' proposed Motion for Summary Judgment, Response, and Reply briefs. Plaintiffs' counsel has reviewed this Status Report and authorized defendant's counsel to file it as a Joint Status Report.

Pursuant to the Court's Order on plaintiffs' motion filed on September 28, 2007, the current deadline for plaintiffs' Motion for Summary Judgment is October 29, 2007. To be consistent with the intervals originally scheduled for plaintiffs' motion and

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

subsequent briefing, the response would be due on December 17, 2007, and plaintiffs' reply would be due on January 7, 2008.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
MARY M. ABATE
Of Counsel

Attorneys for Defendant