IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of May 15, 2007, the parties submit this Status Report to inform the Court of progress made with respect to discovery conducted in this case. Plaintiffs' counsel has reviewed the contents of this Status Report and authorized defendant to file it as a Joint Status Report.

On November 30, 2007, the parties exchanged documents and information with respect to the computations at issue in this case. The parties anticipate meeting the week of January 14, 2008, to discuss those responses and narrow any issues regarding those responses. The parties believe that following that meeting they will be able to propose a more detailed schedule for further proceedings. Accordingly the parties propose that they file a joint status report on January 31, 2008, to propose a schedule for further proceedings.

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
MARY M. ABATE