IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Judge George W. Miller)

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order of December 14, 2007, the parties recommend to the Court the following schedule for further proceedings in this case. Plaintiff's counsel has reviewed this Status Report and authorized defendant's counsel to file it as a Joint Status Report.

The parties propose the following schedule pursuant to Rule 16 of the Rules of the Court of Federal Claims:

1. Fact discovery will be concluded on or before September 30, 2008
2. Expert witness reports will be exchanged on or before November 30, 2008.

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

3. The expert witnesses who have offered reports will be deposed on or before January 31, 2009.
4. Rebuttal expert reports will be exchanged on or before February 28, 2009.
5. Rebuttal expert depositions will be concluded on or before March 31, 2009.
6. The parties will file a joint status report by April 15, 2009, and propose that the Court schedule a conference to discuss further proceedings at that time.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)

NATHAN J. HOCHHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
MARY M. ABATE