IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Cencast Services, L.P., et al.,**<br>Plaintiffs,<br><br>v.<br><br>**The United States,**<br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T<br><br>Judge George W. Miller |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY OF COUNSEL ATTORNEY**

Please take notice that Stuart E. Seigel, who has acted as an of counsel attorney to the Plaintiffs, Cencast Services, L.P.; Cenex Services, L.P.; DISC Acquisition, Inc.; DISC Management Services Group, Inc.; DISC Talent Group, Inc.; EP Management Services, L.P.; EP Production Services, L.P.; EP Talent Services, L.P.; Pixpay Services, L.P.; and Screenpay, Inc., is withdrawing his appearance from this action. Mr. Seigel has retired from the practice of law, and requests that the record reflect that he is no longer appearing in this case as an of counsel attorney.

Respectfully submitted,

February 6, 2008

Kent A. Yalowitz
*Counsel of Record*
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Phone: (212) 715-1113
Facsimile: (212) 715-1399

James Joseph
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5355
Facsimile: (202) 942-5999

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE BY OF COUNSEL ATTORNEY** to be served this 6th day of February, 2008, by facsimile and United States Mail, first class, postage prepaid, upon:

Stuart E. Seigel
1095 Park Avenue
New York, NY 10128
Facsimile: (212) 427-3604

And by email upon:

David R. House, Esq.
U.S. DEPARTMENT OF JUSTICE
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

Amalia W. Jorns