# In the United States Court of Federal Claims

| | |
|---|---|
| CENCAST SERVICES, L.P., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T<br><br>Filed February 6, 2008 |

## ORDER

On January 31, 2008, the parties filed a joint status report proposing an agreed schedule for further pretrial proceedings in these consolidated cases (docket entry 108). Having reviewed the parties' submission, the Court hereby **ORDERS** that the schedule proposed by the parties shall be, and hereby is, adopted by the Court. The parties' proposed schedule shall have the same force and effect as if incorporated in this order *in haec verba*.

This order has no effect on the current deadlines for plaintiffs' motion for summary judgment on statute of limitations grounds. The Court's understanding is that this motion is currently due February 14, 2008, with defendant's opposition due April 3, 2008, and plaintiffs' reply due April 24, 2008.

The Court agrees with the parties' proposal in paragraph 5 of their joint status report, and the Court therefore hereby **ORDERS** that the parties shall file by **April 15, 2009**, a joint status report describing their progress in accomplishing the activities described in their schedule. Thereafter, the Court will schedule a telephonic status conference to discuss further pretrial proceedings.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge