IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Cencast Services, L.P., et al.,**<br>Plaintiffs,<br>v.<br>**The United States,**<br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T<br><br>Judge George W. Miller |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6 and 6.1, plaintiffs hereby move for a eighth enlargement of the time in which plaintiffs may serve and file a motion for summary judgment on statute of limitations grounds. A proposal remains under review within the Department of Justice. That proposal will, if approved, narrow some of the issues remaining for resolution by the Court. The statute of limitations issue is among those that may be resolved by an agreement. Plaintiffs therefore respectfully request a thirty day enlargement of the time set for plaintiffs' statute of limitations motion in the Court's Order of January 15, 2008. With this enlargement, plaintiffs would have until March 17, 2008 to serve and file their motion. To be consistent with the intervals originally scheduled for plaintiffs' motion and subsequent briefing, the response would be due on May 5, 2008, and plaintiffs' reply would be due on May 26, 2008. No other dates would be adjourned, and the parties would continue to progress on the other issues.

The time for this motion was previously extended by the Court on June 29, 2007, July 27, 2007, August 27, 2007, September 28, 2007, October 26, 2007, November 28, 2007 and January 15, 2008. Defendant has authorized plaintiffs to represent that it consents to this motion.

Respectfully submitted,

February 14, 2008

/s/ Kent Yalowitz
Kent Yalowitz
Counsel of Record
Arnold & Porter
399 Park Avenue
New York, NY 10022
phone - (212) 715-1113
facsimile - (212) 715-1399

James Joseph
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004
phone - (202) 942-5355
facsimile - (202) 942-5999