IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Judge George W. Miller)

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

DEFENDANT'S REPLY TO PLAINTIFF'S MOTION FOR ENLARGEMENT

On March 17, 2008, plaintiffs filed a Motion for Extension of Time to serve and file a motion for summary judgment on statute of limitations grounds. Defendant has no objection to the requested extension.

Respectfully submitted,
s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.



3136332.1

NATHAN J. HOCHHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
MARY M. ABATE