IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Cencast Services, L.P., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**The United States,**<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T<br><br>Judge George W. Miller |

**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 and 6.1, plaintiffs hereby move for an eleventh enlargement of the time in which plaintiffs may serve and file a motion for summary judgment on statute of limitations grounds. Both parties have approved a settlement proposal that will narrow some of the issues remaining for resolution by the Court, including the statute of limitations issue. The settlement documents are currently under review at the Department of Justice, and DOJ officials are expected to sign off on those documents no later than May 14, 2008. Plaintiffs therefore respectfully request a fourteen day enlargement of the time set for plaintiffs' statute of limitations motion in the Court's Order of April 14, 2008 to allow the parties to obtain final DOJ approval of the settlement documents. With this enlargement, plaintiffs would have until May 14, 2008 to serve and file their motion. No other dates would be adjourned, and the parties would continue to progress on the other issues.

The time for this motion was previously extended by the Court on June 29, 2007, July 27, 2007, August 27, 2007, September 28, 2007, October 26, 2007, November 28, 2007, January 15, 2008, February 15, 2008, March 18, 2008 and April 14, 2008. Defendant has authorized plaintiffs to represent that it consents to this Motion.

Respectfully submitted,

April 29, 2008

/s/ Kent Yalowitz

Kent Yalowitz
Counsel of Record

Amalia Jorns
Arnold & Porter
399 Park Avenue
New York, NY 10022
phone - (212) 715-1113
facsimile - (212) 715-1399

James Joseph
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004
phone - (202) 942-5355
facsimile - (202) 942-5999