# In the United States Court of Federal Claims

CENCAST SERVICES, L.P., *et al.*,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T

Filed April 30, 2008

**ORDER**

On April 29, 2008, plaintiff filed a consent motion for enlargement of time to file its motion for summary judgment on statute of limitations grounds (docket entry 115). Because both parties consent to the motion, the Court hereby **GRANTS** the motion. Plaintiff shall file its motion for summary judgment not later than **Wednesday, May 14, 2008**; defendant shall file its response by **Wednesday, July 2, 2008**; and plaintiff shall file its reply by **Wednesday, July 23, 2008**.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge