g prIN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1]

(Judge George W. Miller)

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

STIPULATION OF PARTIAL COMPROMISE

The parties have entered into a partial settlement with respect to certain issues presented in this case. Therefore, the parties stipulate as follows:

1. Plaintiffs stipulate that the Plaintiffs themselves were not the common law employers of the production workers during the taxable periods in issue in the above-captioned case.

2. Plaintiffs stipulate that the assessments at issue in this case are not barred by the statute of limitations.

3. The United States concedes assessed penalties and additions to tax with respect to the assessed penalties, but will reserve its claim to interest on the underlying assessments of tax pursuant to law. This paragraph (3) of the stipulation applies to "additions to the tax, additional

[1] By order dated January 7, 2003, proceedings in these related cases were consolidated.

amounts, and assessable penalties" assessed under Chapter 68 of the Internal Revenue Code for the periods in suit. The United States reserves its claim to interest computed under Section 6621(a) of the Code.

The foregoing stipulation applies to the above-captioned case only, and is not intended to bind the parties for any taxable period not in issue in the case.

Respectfully submitted,

/s/ Kent A. Yalowitz
KENT A. YALOWITZ
Attorney of Record

Amalia Jorns
Arnold & Porter
399 Park Avenue
New York, NY 10022
Phone- (212) 715-1113
Facsimile- (212) 715-1399

James Joseph
Arnold & Porter
555 12th St. NW
Washington, DC 20004
Phone- (202) 942-5355
Facsimile- (202) 942-59999

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366 (phone)
(202) 514-9440 (facsimile)
Counsel for Defendant

NATHAN J. HOCHMAN
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Mary M. Abate
Assistant Chief, Court of Federal Claims Section

s/Mary M. Abate
Of Counsel