# In the United States Court of Federal Claims

| | |
|---|---|
| CENCAST SERVICES, L.P., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T<br><br>Filed May 27, 2008 |

## ORDER

Pursuant to the Court's order of April 30, 2008, plaintiff's motion for summary judgment on statute of limitations issues was due May 14, 2008. No such summary judgment motion was filed, but, on May 14, 2008, the parties filed a "Stipulation of Partial Compromise" (docket entry 117), stipulating to several facts pursuant to a partial settlement agreement. The stipulation did not specify what issues have been resolved and what issues remain. The Court's understanding is that the issues that would have been resolved by plaintiff's motion for summary judgment on the statute of limitations were instead resolved through the settlement that led to the stipulation, and that the parties are proceeding with fact discovery on other issues. In order to determine whether its understanding is correct, the Court hereby **ORDERS** the parties to appear for a telephonic status hearing on **Tuesday, June 3, 2008, at 10:00 am**. The Court will initiate the call.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge