# In the United States Court of Federal Claims

| | |
|---|---|
| CENCAST SERVICES, L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T<br><br>Filed June 3, 2008 |

## ORDER

Pursuant to the Court's order of May 27, 2008, counsel participated with the Court in a telephonic status conference on June 3, 2008. In response to the Court's questions, the parties described the effect of their "Stipulation of Partial Compromise," filed May 14, 2008 (docket entry 117). The parties stated that their stipulation reflects the resolution of three issues. Those issues are identified in the Court's opinion on summary judgment as issues numbered 2, 6 and 7. *Cencast Servs., L.P. v. United States*, 62 Fed. Cl. 159, 184 (2004). The parties also described their plans to complete fact discovery with respect to the three remaining issues in the case by September 30, 2008. *See* the parties' Joint Status Report, filed January 31, 2008 (docket entry 108), and the Court's order, filed February 6, 2008 (docket entry 110), adopting the parties' proposed schedule for further pretrial proceedings with respect to the three remaining issues, which are identified in the Court's earlier published opinion as issues numbered 3, 4 and 5. *Cencast*, 62 Fed. Cl. at 184. In consultation with the parties and after a discussion with the parties regarding their plans for conducting fact and expert discovery with respect to the remaining issues, the Court **ORDERED** the parties to participate in a further telephonic status conference on **Monday, August 25, 2008 at 10 a.m.** A principal purpose of that status conference will be to discuss the parties' progress in meeting their self-imposed deadline of September 30, 2008 for the completion of fact discovery. The Court will initiate the call.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge