# In the United States Court of Federal Claims

| | |
|---|---|
| CENCAST SERVICES, L.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T<br><br>Filed August 25, 2008 |

## ORDER

Pursuant to the Court's order of June 3, 2008, counsel participated with the Court in a telephonic status conference on August 25, 2008. Counsel informed the Court of their plans to complete discovery on the issues remaining in this litigation. In consultation with the parties, the Court **ORDERED** the parties to participate in a further telephonic status conference on **Friday, October 3, 2008, at 10:00 a.m.** The principal purposes of that status conference will be to discuss plaintiffs' progress in providing defendant with a list of asserted common-law employers, to determine whether additional time to conduct fact discovery is necessary, and to discuss the parties' plans for conducting expert discovery, particularly their plans for gaining agreement between the parties' consulting experts on a method for constructing an appropriate sample of the plaintiffs. The Court will initiate the call.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge