**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |
|---|---|
| Cencast Services, L.P., et al., | ) ) ) |
| Plaintiffs, | ) Case Numbers: 02-1916 T, 02-1917 T, ) 02-1918 T, 02-1919 T, 02-1920 T, ) 02-1921 T, 02-1922 T, 02-1923 T, |
| v. | ) 02-1924 T, 02-1925 T ) |
| United States of America, | ) Judge George W. Miller ) |
| Defendant. | ) ) |

**JOINT MOTION FOR EXTENSION OF TIME
TO PROVIDE A PROPOSED REVISED SCHEDULE**

Pursuant to RCFC 6(b), the parties respectfully move the Court for an enlargement of time in which to file a proposed revised schedule pursuant to paragraph 3 of the Court's September 2, 2009, scheduling order. As good cause therefor, the parties state as follows:

On September 2, 2009, the Court entered a scheduling order that required the parties to meet and confer and submit, on or before September 21, 2009, a proposed revised schedule for the completion of the activities described in the Court's order of July 13, 2009, and a proposed schedule for the filing of defendant's anticipated motion for summary judgment. Pursuant to that order, the parties have exchanged proposed schedules and have conferred, but have been unable to reach an agreement without guidance from the Court on two issues. The parties believe that with guidance from the Court on these two issues, they will be able to resolve the impasse.

*Issue One.* Pending before the Court is plaintiffs' Motion to Compel. The issue is now fully submitted and scheduled for oral arguments as part of the September 23, 2009, status conference. The parties believe that resolution of that motion will provide clarity as to the amount of time required to complete discovery into defendant's variance and estoppel defenses.

- 2 -

*Issue Two.* Defendant has requested that the Court delay discovery on the Independent Contractor issue until after the Court has ruled on defendant's motion for summary judgment. Plaintiffs oppose defendant's request so that discovery on the Independent Contractor issue would proceed as soon as possible. The parties believe that with guidance from the Court on this issue they can agree on a schedule. To assist in the resolution of Issue Two, the defendant proposes that it file a statement supporting its request no later than Friday, September 25, 2009. To the extent that the Court wishes to receive or accepts briefing on this issue, plaintiffs propose to file a statement opposing defendant's request no later than Thursday, October 1, 2009.

Consequently, the parties respectfully request that the Court grant an extension of time so that the parties may meet and confer and submit a proposed revised schedule no later than four days after the Court has provided guidance on the issues discussed above.

Respectfully submitted,

Dated:  September 21, 2009     By: *s/Kent A. Yalowitz*
Kent A. Yalowitz
*Counsel of Record*
Amalia W. Jorns
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399

James P. Joseph
ARNOLD & PORTER LLP
555 Twelfth Street N.W.
Washington, D.C. 20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Plaintiffs*
*Cencast Services, L.P., et al.*

Dated: September 21, 2009     By: *s/Fredrick C. Crombie*
FREDRICK C. CROMBIE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C.  20044
(202) 305-2165
(202) 514-9440 (facsimile)

JOHN A. DiCICCO
Acting Assistant Attorney General
STEVEN I. FRAHM
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

*s/ Mary M. Abate*
MARY M. ABATE

*Attorneys for Defendant*