# In the United States Court of Federal Claims

|                                              |   |                                      |
|----------------------------------------------|---|--------------------------------------|
| CENCAST SERVICES, L.P., *et al.*,            | ) |                                      |
|                                              | ) |                                      |
|     Plaintiffs,                              | ) | Nos. 02-1916 T, 02-1917 T,           |
|                                              | ) | 02-1918 T, 02-1919 T, 02-1920 T,     |
| v.                                           | ) | 02-1921 T, 02-1922 T, 02-1923 T,     |
|                                              | ) | 02-1924 T, 02-1925 T                 |
| THE UNITED STATES,                           | ) |                                      |
|                                              | ) | Filed September 22, 2009             |
|     Defendant.                               | ) |                                      |

## ORDER

On September 21, 2009, the parties filed a joint motion for extension of time to provide a proposed revised schedule (docket entry 196).  Defendant has proposed that it file a statement in support of its request to delay discovery on the Independent Contractor issue by Friday, September 25, 2009, and that plaintiff file a statement in opposition by Thursday, October 1, 2009.

The parties are scheduled to participate in a status conference at 10 a.m. tomorrow, Wednesday, September 23, 2009, and should be prepared to state the positions they would anticipate taking should the court grant the request for briefing on defendant's request to delay discovery on the Independent Contractor issue.

**IT IS SO ORDERED**.

                                                             s/ George W. Miller  
                                                             GEORGE W. MILLER  
                                                             Judge