# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) ) | 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | Filed September 23, 2009 |

## ORDER

Pursuant to this Court's order of September 11, 2009 (docket entry 192), the parties participated in a status conference on September 23, 2009. The Court heard the parties' views on the remaining disagreement about the production worker subpoena as expressed in the parties' September 17, 2009 joint status report (docket entry 194). Next, the Court heard argument on the plaintiffs' Motion to Compel (docket entry 188). Then, the Court discussed the parties' Joint Motion for Extension of Time to Provide a Proposed Revised Schedule (docket entry 196), and the parties' views with respect to defendant's request to stay discovery on the independent contractor issue pending the filing of defendant's anticipated dispositive motion. Finally, the parties discussed the plaintiffs' Motion for Determination of Privilege Claim Pursuant to Rule 26(b)(5)(B) (the "Privilege Determination Motion").

Having considered the parties' filings and based upon the discussions at the status conference, the Court **ORDERS** that:

1) With respect to the remaining disagreement about the production worker subpoena, defendant's version of that subpoena, Exhibit C to the joint status report, which requires production of communications about hiring/firing relating to all production workers in the sampled productions, shall be used.

2) Plaintiffs' Motion to Compel (docket entry 188) is **DENIED** without prejudice to seeking discovery pursuant to Rule 56(f) in order to respond to the motion for summary judgment expected to be filed by defendant.

     3) With respect to the parties' Joint Motion for Extension of Time to Provide a Proposed Revised Schedule (docket entry 196):

         a) The parties' request for an extension of time is **GRANTED.**  The parties shall submit a proposed revised schedule by **Wednesday, September 30, 2009.**  In the event of disagreement, the parties shall submit separate proposed revised schedules.

         b) The defendant's request to stay discovery on the independent contractor issue pending the filing of defendant's dispositive motions is **DENIED**.

     4) With respect to the Privilege Determination Motion:

         a) Plaintiffs' Reply to Defendant's Response to its Motion to Compel (docket entry 195) has today been placed under seal.  Defendant shall file a redacted publicly available version within seven days.  The parties' shall confer with a view toward coming into agreement on the redactions.

         b) Plaintiffs shall sequester all documents identified by defendant as being potentially privileged (the "identified documents"), not make any copies of the identified documents, make a good faith effort to retrieve any copies that have been disclosed or provided to third parties, and not make use of the identified documents until the Court rules upon the Privilege Determination Motion.

         c) Defendant shall file its opposition by **Friday, October 9, 2009**.

         d) Plaintiff shall file its reply by **Wednesday, October 14, 2009**.

         e) Defendant shall file its sur-reply by **Friday, October 16, 2009**.

     5) The parties shall participate in a status conference at **10:00 a.m. on Friday, October 23, 2009**, **at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.**  The number of the courtroom will be posted in the lobby.

**IT IS SO ORDERED**.

                                                  s/ George W. Miller
                                                  GEORGE W. MILLER
                                                  Judge