IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

(Judge George W. Miller)
_____

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T
_____

CENCAST SERVICES, L.P. ET AL,

               Plaintiffs

v.

THE UNITED STATES,

               Defendant
_____

JOINT STATUS REPORT
_____

Pursuant to the Court's September 23, 2009, Scheduling Order the parties respectfully submit this Joint Status Report. Subject to the statements below, the parties request that the Court adopt the following proposed schedule:

| Event | Deadline |
| --- | --- |
| Service of initial set of non-party subpoenas | October 9, 2009 |
| Deadline for defendant to provide plaintiffs with substantive comments to the plaintiffs concerning the form of questionnaire and a written plan for its administration | November 9, 2009 |
| Deadline for completion of fact discovery between the parties concerning defendant's estoppel and jurisdictional contentions. | November 13, 2009 |
| Deadline for parties to meet and confer concerning defendant's substantive comments concerning the form of questionnaire and written plan for its administration | November 16, 2009 |
| Deadline for parties to submit a joint status report to the Court either including a form of questionnaire and written plan for its administration or describing areas of disagreement | November 24 , 2009 |
| Defendant's summary judgment brief on independent contractor issue due | December 18, 2009 |

–2–

| Event | Deadline |
|---|---|
| Status conference | Week of December 21, 2009 |
| Service of questionnaires to be completed | January 1, 2009 |
| Plaintiffs' response to summary judgment brief on independent contractor issue due | January 18, 2009 |
| Defendant's reply on summary judgment brief on independent contractor issue due | February 1, 2010 |
| Status conference and oral argument on summary judgment motion | Mid-February 2010 |
| Deadline for completion of fact discovery concerning initial set of non-party subpoenas and other initial sample set discovery | March 13, 2010 |
| Status conference | Week of April 1, 2010 |

**STATEMENT OF PLAINTIFFS**

The proposed schedule set forth above proposes that plaintiffs file no later than January 18, 2009 their response to defendant's anticipated motion for summary judgment. Plaintiffs agree to this date subject to their right to file a RCFC 56(f) motion for discovery in order to respond to defendant's summary judgment motion, as preserved in the Court's September 23 Order. Should the Court grant any such RCFC 56(f) motion, the deadline for filing plaintiffs' response may need to be revised. Plaintiffs propose this schedule with the understanding that the defendant will work in good faith with plaintiffs to develop a form of questionnaire and written plan for its administration that is jointly acceptable to the parties. Deployment of the questionnaire will significantly aid the parties and the Court in developing evidence relevant to defendant's counterclaim.

**STATEMENT OF DEFENDANT**

The proposed schedule contemplates certain deadlines relating to the development of a production worker questionnaire. By agreeing to the proposed schedule, defendant does not consent to, or otherwise waive its objections to, the use of a production worker questionnaire. We continue to believe that there will likely be significant issues with respect to production worker recollection and that any questionnaire results may ultimately be of little weight relative

–3–

to the documentary evidence.  Defendant has agreed to the above schedule solely in an effort to comply with the Court's request that defendant advise plaintiffs of its thoughts and objections.

Dated:  September 30, 2009          By: <u>s/Kent A. Yalowitz</u>
                                    Kent A. Yalowitz
                                    *Counsel of Record*
                                    Amalia W. Jorns
                                    ARNOLD & PORTER LLP
                                    399 Park Avenue
                                    New York, NY 10022-4690
                                    Telephone:  (212) 715-1000
                                    Facsimile:  (212) 715-1399

                                    James P. Joseph
                                    ARNOLD & PORTER LLP
                                    555 Twelfth Street N.W.
                                    Washington, D.C. 20004-1206
                                    Telephone:  (202) 942-5000
                                    Facsimile:  (202) 942-5999

                                    *Attorneys for Plaintiffs*
                                    *Cencast Services, L.P., et al.*

–4–

Dated: September 30, 2009						By: *s/Fredrick C. Crombie*
								FREDRICK C. CROMBIE
								Attorney of Record
								U.S. Department of Justice
								Tax Division
								Court of Federal Claims Section
								Post Office Box 26
								Ben Franklin Post Office
								Washington, D.C.  20044
								(202) 305-2165
								(202) 514-9440 (facsimile)

								JOHN A. DiCICCO
								Acting Assistant Attorney General
								STEVEN I. FRAHM
								Chief, Court of Federal Claims Section
								MARY M. ABATE
								Assistant Chief

								*s/Mary M. Abate*
								MARY M. ABATE

								*Attorneys for Defendant*