# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) ) | 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) ) | Filed October 6, 2009 |
| Defendant. | ) ) | |

## ORDER

Pursuant to this Court's order of September 23, 2009 (docket entry 200), the parties filed a joint status report on September 30, 2009 (docket entry 206) and described their views with respect to the nature and timing of further proceedings. The Court adopts the schedule proposed by the parties in the joint status report with the addition of status conferences on December 22, 2009, February 8, 2010, and March 19, 2010.

Accordingly, the Court **ORDERS** that:

1) Service of the initial set of non-party subpoenas shall be made by **Friday, October 9, 2009.**

2) Defendant shall provided plaintiffs with substantive comments concerning the form of a production worker questionnaire and a written plan for its administration by **Monday, November 9, 2009**. Defendant does not waive its objections to the use of a production worker questionnaire.

3) Fact discovery between the parties regarding the defendant's estoppel and jurisdictional contentions shall be completed by **Friday, November 13, 2009**.

4) Parties shall meet and confer concerning defendant's substantive comments on the form of a production worker questionnaire and written plan for its administration by **Monday, November 16, 2009.**

5) The parties shall submit a joint status report to the Court including either a form of a production worker questionnaire and written plan for its administration or describing areas of disagreement by **Tuesday, November 24, 2009.**

6) Defendant shall file its summary judgment motion on the independent contractor issue by **Friday, December 18, 2009.**

7) The parties shall participate with the Court in a further status conference on **Tuesday, December 22, 2009, at 10 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.**

8) Service of the production worker questionnaires shall be completed by **Friday, January 1, 2010**.

9) Plaintiffs shall file their response to defendant's summary judgment motion on the independent contractor issue by **Monday, January 18, 2010.** As set forth in the September 23, 2009 order, Plaintiffs may file a motion pursuant to Rule 56(f) of the Rules of the Court of Federal Claims for discovery.

10) The status conference scheduled for Tuesday, January 19, 2010 is **CANCELLED.**

11) Defendant shall file its reply to plaintiffs' response to defendant's summary judgment motion on the independent contractor issue by **Monday, February 1, 2010.**

12) The parties shall participate with the Court in oral argument on the summary judgment motion on the independent contractor issue on **Monday, February 8, 2010, at 10 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.** The number of the courtroom will be posted in the lobby.

13) Fact discovery concerning the initial set of non-party subpoenas and other initial sample set discovery shall be complete by **Friday, March 12, 2010**.

14) The parties shall participate with the Court in a further status conference on **Friday, March 19, 2010, at 10 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.**

**IT IS SO ORDERED.**

        s/ George W. Miller
        GEORGE W. MILLER
        Judge