## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Cencast Services, L.P., et al., | ) |
|                 Plaintiffs, | ) Case Numbers: 02-1916 T, 02-1917 T, |
|     v. | ) 02-1918 T, 02-1919 T, 02-1920 T, |
| United States of America, | ) 02-1921 T, 02-1922 T, 02-1923 T, |
|                 Defendant. | ) 02-1924 T, 02-1925 T |
| | ) Judge George W. Miller |

### JOINT MOTION TO RESET DEADLINE FOR SERVICE OF NON-PARTY DOCUMENT SUBPOENAS

The parties have worked diligently to reach a final agreement on the list of sampled productions in accordance with the Court's Order of October 6, 2009. The parties have identified sampled productions and expect to come to a final agreement on those productions early next week. However, the logistical issues presented by locating proper addresses for service of these non-party document subpoenas and preparing the subpoenas themselves will require more time than originally proposed in the parties' September 30 Joint Status Report. They therefore request that the Court modify its Order of October 6, 2009 to extend the deadline for effecting service of the non-party document subpoenas to October 23, 2009.

Respectfully submitted,

Dated: October 9, 2009

By: s/ Kent A. Yalowitz
Kent A. Yalowitz
*Counsel of Record*
Amalia W. Jorns
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

4715778.2

- 2 -

4715778.2

        James P. Joseph
        ARNOLD & PORTER LLP
        555 Twelfth Street N.W.
        Washington, D.C. 20004-1206
        Telephone:  (202) 942-5000
        Facsimile:  (202) 942-5999

*Attorneys for Plaintiffs*
*Cencast Services, L.P., et al.*

- 3 -

4715778.2

| | |
|---|---|
| Dated: October 9, 2009 | By: s/ Fredrick C. Crombie<br>FREDRICK C. CROMBIE<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 305-2165<br>(202) 514-9440 (facsimile)<br><br>JOHN A. DiCICCO<br>Acting Assistant Attorney General<br>STEVEN I. FRAHM<br>Chief, Court of Federal Claims Section<br>MARY M. ABATE<br>Assistant Chief<br><br>s/ Mary M. Abate<br>MARY M. ABATE<br><br>*Attorneys for Defendant* |