# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed October 13, 2009 |
| Defendant. | ) | |

## ORDER

On October 9, 2009, the parties submitted a Joint Motion to Reset Deadline for Service of Non-Party Document Subpoenas (docket entry 209).  Pursuant to the Court's order of October 6, 2009 (docket entry 207), the parties were to serve initial non-party subpoenas by Friday, October 9, 2009.  The parties represent that locating the proper addresses for service of the non-party subpoenas and preparing the actual subpoenas will take more time than the parties originally anticipated.  The parties therefore request that the Court modify its October 6, 2009 order to extend the deadline for effecting service of the non-party document subpoenas to October 23, 2009.

Upon consideration of the parties' submission, the motion is **GRANTED**.  The order of October 6, 2009 is hereby modified to provide that service of the initial set of non-party subpoenas shall be accomplished by **Friday, October 23, 2009.**

**IT IS SO ORDERED.**

    s/ George W. Miller
GEORGE W. MILLER
    Judge