# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) ) | 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | Filed October 19, 2009 |

## ORDER

    Pending before the Court is plaintiffs' Motion for Determination of Privilege Claim (docket entry 199) ("Privilege Determination Motion) and plaintiffs' Motion to File Documents Under Seal (docket entry 203) ("File Under Seal Motion"). In its File Under Seal Motion, plaintiffs seek to file the documents at issue in the Privilege Determination Motion for *in camera* review by the Court. At the time plaintiffs filed their File Under Seal Motion, the parties believed that the Privilege Determination Motion would involve review of approximately 80 documents, involving claims of the attorney-client privilege and the deliberative process privilege. Since that time, the parties have reduced the number of documents at issue to 14. For 13 of the documents, defendant raises the attorney-client privilege; with respect to the remaining document, defendant raises confidentiality under section 6103 of the Internal Revenue Code. 26 U.S.C. § 6103.

    Defendant does not object to plaintiffs' File Under Seal Motion insofar as it seeks *in camera* review of the documents in controversy. Defendant does, however, object to the filing of the documents under seal, and instead requests that the documents be delivered to the Clerk of the Court, who will subsequently forward the documents to the Court, so as to prevent the documents from prematurely becoming part of the record. Plaintiffs do not appear to object to this procedure, but instead reiterate their request for *in camera* review of the 14 documents that defendant seeks to withhold or redact.

    In view of the foregoing, the Court does hereby **ORDER** as follows:

    1) Insofar as plaintiffs request to file documents under seal, the File Under Seal Motion is **DENIED.**

    2) Instead, defendant shall tender for *in camera* inspection, the 14 documents that it seeks to either withhold or redact.  The documents shall be supplied to the Clerk of the Court for forwarding to the Court on or before **4:00 p.m. on Tuesday, October 20, 2009.**  Defendant shall clearly mark each page of the documents with the notation: "*In Camera* Review—Judge George W. Miller."

**IT IS SO ORDERED**.

                                               s/ George W. Miller  
                                               GEORGE W. MILLER  
                                                     Judge