# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed October 23, 2009 |
| Defendant. | ) | |

### ORDER

Pursuant to the Court's order of September 23, 2009 (docket entry 200), the parties participated in a status conference with the Court on October 23, 2009. The parties discussed the pending Motion for Determination of Privilege (September 22, 2009, docket entry 199), Motion for Leave to File Supplemental Memorandum Regarding Privilege Claims (October 21, 2009, docket entry 215), and Cross-Motion to Strike (October 22, 2009, docket entry 217). The parties also discussed issues relating to service of third-party subpoenas as well as various scheduling issues regarding discovery and the Government's anticipated dispositive motion.

Based upon the parties' filings and on the discussion at the status conference, the Court **ORDERS** that:

1. The Court will defer its ruling on the Motion for Determination of Privilege until after the Government files its dispositive motion on the independent contractor issue. The Court will rule on the discoverability of the Section 6103 document at the same time.

2. Plaintiffs' Motion for Leave to File Supplemental Memorandum Regarding Privilege Claims is **GRANTED**; Defendant's Cross-Motion to Strike is **DENIED**.

3. The parties shall, by **5:00 p.m. on Monday, October 26, 2009,** file a joint proposed form of order approving service by mail of the third-party subpoenas. The Court's order is to be without prejudice to subpoena recipients' rights to challenge the sufficiency of such service.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge