# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) ) | 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | Filed October 27, 2009 |

## ORDER

Pursuant to the parties' Joint Status Report, filed on October 22, 2009, the Court approves service by mail of the non-party document subpoenas, the form of which was submitted by the parties on September 17, 2009 (docket entry 194) and approved by the Court on September 23, 2009 (docket entry 200). This Order is without prejudice to the rights of the recipients of the subpoenas to make whatever arguments or objections they may deem warranted with respect to the subpoenas.

**IT IS SO ORDERED.**

                                                             s/ George W. Miller
                                                             GEORGE W. MILLER
                                                               Judge