IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Judge George W. Miller)

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T

CENCAST SERVICES, L.P. ET AL,

                            Plaintiffs

v.

THE UNITED STATES,

                            Defendant

JOINT MOTION TO REVISE SCHEDULE

On November 16, 2009, defendant filed its Motion To Compel RCFC 30(b)(6) Deposition Testimony and To Compel the Production of Documents. The parties have continued to meet and confer subsequent to the filing of that Motion and have reached an agreement whereby plaintiffs will provide a RCFC 30(b)(6) witness to testify to certain topics and defendant will withdraw its Motion to Compel without prejudice, and without prejudice to its right to reassert its discovery requests at a later time. Plaintiffs' RCFC 30(b)(6) witness, however, is not available for deposition until the week of December 28, 2009. In order to

accommodate the RCFC 30(b)(6) witness's schedule, the parties respectfully request that the Court enter the following revised schedule:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Status Conference | Tuesday, December 22, 2009 at 10 a.m. | No change |
| Defendant's summary judgment motion on independent contractor issue due | Friday, December 18, 2009 | Wednesday, January 13, 2010 |
| Status Conference | | Week of January 18, 2010 (but not January 19) |
| Service of production worker questionnaires to be completed[1] | Friday, January 1, 2010 | Friday, January 29, 2010 |
| Plaintiffs' response to summary judgment motion on independent contractor issue due | Monday, January 18, 2010 | Friday, February 12, 2010 |
| Defendant's reply on summary judgment motion on independent contractor issue due | Monday, February 1, 2010 | Tuesday, March 2, 2010 |
| Status conference and oral argument on summary judgment motion on independent contractor issue | Monday, February 8, 2010 | Week of March 8, 2010 |
| Deadline for completion of fact discovery concerning initial set of non-party subpoenas and other initial sample set discovery | Friday, March 12, 2010 | No change |
| Status conference | Friday, March 19, 2010 | No change |

---

[1] Inclusion of this item in the schedule should not be construed as a waiver, by any party, of its objections and proposals regarding the conduct of discovery, including, but not limited to, any objections and arguments made in the parties' respective status reports, filed on November 24, 2009.

–3–

Respectfully Submitted,

Dated:  December 1, 2009         By: /s/ Kent A. Yalowitz
                                 Kent A. Yalowitz
                                 *Counsel of Record*
                                 Amalia W. Jorns
                                 ARNOLD & PORTER LLP
                                 399 Park Avenue
                                 New York, NY 10022-4690
                                 Telephone:  (212) 715-1000
                                 Facsimile:  (212) 715-1399

                                 James P. Joseph
                                 ARNOLD & PORTER LLP
                                 555 Twelfth Street N.W.
                                 Washington, D.C. 20004-1206
                                 Telephone:  (202) 942-5000
                                 Facsimile:  (202) 942-5999

                                 *Attorneys for Plaintiffs*
                                 *Cencast Services, L.P., et al.*

Dated:  December 1, 2009         By: *s/Fredrick C. Crombie*
                                 FREDRICK C. CROMBIE
                                 Attorney of Record
                                 U.S. Department of Justice
                                 Tax Division
                                 Court of Federal Claims Section
                                 Post Office Box 26
                                 Ben Franklin Post Office
                                 Washington, D.C.  20044
                                 (202) 305-2165
                                 (202) 514-9440 (facsimile)

                                 JOHN A. DiCICCO
                                 Acting Assistant Attorney General
                                 STEVEN I. FRAHM
                                 Chief, Court of Federal Claims Section
                                 MARY M. ABATE
                                 Assistant Chief

                                 *s/Mary M. Abate*
                                 MARY M. ABATE

                                 *Attorneys for Defendant*