# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed December 3, 2009 |
| Defendant. | ) | |

## ORDER

On November 16, 2009, defendant filed a Motion to Compel RCFC 30(b)(6) Deposition Testimony and To Compel the Production of Documents (docket entry 234) ("Motion to Compel").  The parties report that they have met and conferred and have reached an agreement resolving the issues raised by the Motion to Compel.  Plaintiffs have agreed to provide a RCFC 30(b)(6) witness to testify on certain topics.  On December 1, 2009, defendant filed a notice withdrawing its Motion to Compel without prejudice (docket entry 238).  Also on December 1, the parties filed a Joint Motion to Revise Schedule (docket entry 237), proposing revised dates for certain of the proceedings going forward.  The Court is pleased, but not surprised, by the parties' successful efforts to cooperatively resolve the issues presented by the Motion to Compel.

Similarly, the parties report that they are in agreement on certain proposed modifications to the existing schedule, and their Joint Motion to Revise Schedule is therefore **GRANTED**. The Court expresses its appreciation to counsel for their cooperative efforts in resolving issues related to discovery and scheduling.  The Court substantially adopts the parties' proposed schedule and **ORDERS** as follows:

(1) The status conference scheduled for **Tuesday, December 22, 2009, at 10:00 a.m.** will go forward as scheduled.

(2) Defendant shall file its anticipated motion for summary judgment on the independent contractor issue by **Wednesday, January 13, 2010.**

(3) The parties shall participate with the Court in a status conference on **Wednesday January 20, 2010, at 10:00 a.m.**

(4) Service of the production worker questionnaires is to be completed by **Friday, January 29, 2010.**  With respect to the questionnaire, the parties have already submitted

statements describing their areas of disagreement (docket entries 235 & 236, Nov. 24, 2009). The Court **FURTHER ORDERS** that:

    (a) Each party shall file a response to the criticisms raised by its adversary in the latter's November 24 filing by **Wednesday, January 6, 2010**.

    (b) In their responses, the parties shall assume, for present purposes only, that the Court will approve some form of questionnaire to be sent to the sample set of production workers.  Each party shall respond to the specific criticisms raised by its adversary's November 24 filing and the parties shall, jointly or separately, propose an alternate form of questionnaire that addresses these criticisms and incorporates the substance of any helpful language or questions from each party's proposal, including, where appropriate, from IRS Form SS-8.

    (5) Plaintiffs shall file their opposition to defendant's motion for summary judgment on the independent contractor issue by **Friday, February 12, 2010.**

    (6) Defendant shall file its reply in support of its motion for summary judgment on the independent contractor issue by **Tuesday, March 2, 2010.**

    **(**7**)** The status conference scheduled for Monday, February 8, 2010, at 10:00 a.m. is **CANCELLED**. Instead, the parties shall participate with the Court in a status conference and oral argument on defendant's summary judgment motion on **Tuesday, March 9, 2010, at 10:00 a.m.**

    (8) All fact discovery concerning the initial set of non-party subpoenas and other initial sample set discovery shall be complete by **Friday, March 12, 2010.**

    (9) The status conference scheduled for **Friday, March 19, 2010, at 10:00 a.m.** will go forward as scheduled.

    (10) The status conferences scheduled for December 22, January 26, and March 9 shall be held at the National Courts Building, 717 Madison Place, N.W.  The courtroom number will be posted in the building lobby.

**IT IS SO ORDERED.**

                                         s/ George W. Miller  
                                         GEORGE W. MILLER  
                                                  Judge