IN THE UNITED STATES COURT OF FEDERAL CLAIMS

───────────────

(Judge George W. Miller)

───────────────

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T

───────────────

CENCAST SERVICES, L.P. ET AL,

Plaintiffs

v.

THE UNITED STATES,

Defendant

───────────────

DEFENDANT'S MOTION FOR A TWO-DAY ENLARGEMENT OF TIME TO FILE ITS
MOTION REGARDING PLAINTIFFS' INDEPENDENT CONTRACTOR THEORY

───────────────

Pursuant to RCFC 6(b), defendant respectfully moves the Court for a two-day enlargement of time from January 13, 2009, to and including January 15, 2009, in which to file its brief concerning plaintiffs' independent contractor theory. This is the first request by defendant for this purpose. As good cause therefor, defendant states as follows:

During the December 22, 2009, telephonic status conference, defendant's counsel indicated that, while defendant would strive to meet the January 13, 2009, deadline for filing its motion as to plaintiffs' independent contractor theory, it might require a two-day extension of time until January 15, 2009, for the purposes of collecting exhibits. Although defendant diligently worked to meet the January 13 deadline without any delay, and although defendant's brief will require fewer exhibits than defendant's counsel had anticipated, defendant requires a

–1–

–2–

two-day extension of time to permit collection and organization for filing of those exhibits upon which defendant's brief relies and review of defendant's brief by the assigned reviewer.

Plaintiffs' counsel has indicated that plaintiffs will not agree to the foregoing request without certain changes to the schedule.  As of the time of this filing, plaintiffs' counsel has not identified the scheduling changes he desires, and the parties have thus been unable to meet and confer regarding those requested changes.  (*See* Ex. A hereto.)  We remain open to reaching reasonable accommodations to account for the requested two-day extension.

                              Respectfully Submitted,

Dated:  January 13, 2009          By:  *s/Fredrick C. Crombie*
                              FREDRICK C. CROMBIE
                              Attorney of Record
                              U.S. Department of Justice
                              Tax Division
                              Court of Federal Claims Section
                              Post Office Box 26
                              Ben Franklin Post Office
                              Washington, D.C.  20044
                              (202) 307-6580
                              (202) 514-9440 (facsimile)

                              JOHN A. DiCICCO
                                  Acting Assistant Attorney General
                              STEVEN I. FRAHM
                                  Chief, Court of Federal Claims Section
                              MARY M. ABATE
                                  Assistant Chief

Dated: January 13, 2009               *s/Mary M. Abate*
                              Mary M. Abate
                                  Of Counsel

                              *Attorneys for Defendant*

# EXHIBIT A

## Crombie, Fredrick C. (TAX)

| | |
|---|---|
| **From:** | Crombie, Fredrick C. (TAX) |
| **Sent:** | Wednesday, January 13, 2010 9:13 AM |
| **To:** | Yalowitz, Kent |
| **Cc:** | Jorns, Amalia; Dove, Christopher S. (TAX) |
| **Subject:** | RE: Cencast |

Can you tell me what dates you are requesting be pushed back?

**From:** Yalowitz, Kent [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Wednesday, January 13, 2010 7:54 AM
**To:** Crombie, Fredrick C. (TAX)
**Cc:** Jorns, Amalia; Dove, Christopher S. (TAX)
**Subject:** Re: Cencast

I am preparing for closing in another case and will not be able to speak. Your proposed adjournment will require that other dates get pushed back. Why don't you circulate a draft motion reflecting that situation, and we will react to it.

**From**: Crombie, Fredrick C. (TAX) <Fredrick.C.Crombie@usdoj.gov>
**To**: Yalowitz, Kent
**Cc**: Jorns, Amalia; Dove, Christopher S. (TAX) <Christopher.S.Dove@usdoj.gov>
**Sent**: Wed Jan 13 00:49:44 2010
**Subject**: RE: Cencast

Kent, unfortunately, your proposal will not work for us. The extra two days is needed both to collect exhibits and for management to complete its review. Let's talk briefly tomorrow morning and see if there is something we can work out.

Regards,

Fred

**From:** Yalowitz, Kent [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Tuesday, January 12, 2010 7:19 PM
**To:** Crombie, Fredrick C. (TAX)
**Cc:** Jorns, Amalia; Dove, Christopher S. (TAX)
**Subject:** RE: Cencast

**Fred,**

**That proposal puts us in an impossible position with regard to the conference scheduled for next week which, as you know, will take place shortly after the Hadity deposition. Perhaps you can serve your motion on time, but with a delayed filing of the exhibits. Would that solve your problem?**

**Best,**

**Kent**

**From:** Crombie, Fredrick C. (TAX) [mailto:Fredrick.C.Crombie@usdoj.gov]
**Sent:** Tuesday, January 12, 2010 5:31 PM
**To:** Yalowitz, Kent

**Cc:** Jorns, Amalia; Dove, Christopher S. (TAX)
**Subject:** Cencast

Kent, per the current scheduling order, our motion is due to be filed tomorrow. Would you agree to a two-day extension of time (to Friday) for the filing of that motion? The extra time is required to finish collecting exhibits and to allow management to complete its review of the motion.

Thanks,

Fred

---
U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

--------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

---

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

--------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com