**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Cencast Services, L.P., et al., )<br>　　　　　　　　　　　　　　　　）<br>　　　　　　　Plaintiffs, 　　　　）<br>　　　　　　　　　　　　　　　　）<br>　　v.　　　　　　　　　　　　）<br>　　　　　　　　　　　　　　　　）<br>United States of America,　　　　）<br>　　　　　　　　　　　　　　　　）<br>　　　　　　　Defendant.　　　　）<br>　　　　　　　　　　　　　　　　） | Case Numbers: 02-1916 T, 02-1917 T,<br>02-1918 T, 02-1919 T, 02-1920 T,<br>02-1921 T, 02-1922 T, 02-1923 T,<br>02-1924 T, 02-1925 T<br><br>Judge George W. Miller |

### NOTICE OF FILING

Please take notice of Plaintiffs' filing of the Confidentiality Acknowledgement of Barry Babin (Exhibit A). This individual serves as Plaintiffs' expert.

Dated: January 22, 2010　　　　　　　　By: /s/ Kent A. Yalowitz
　　　　　　　　　　　　　　　　　　　　　　Kent A. Yalowitz
　　　　　　　　　　　　　　　　　　　　　　*Counsel of Record*
　　　　　　　　　　　　　　　　　　　　　　Amalia W. Jorns
　　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP
　　　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022-4690
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 715-1000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 715-1399

　　　　　　　　　　　　　　　　　　　　　　James P. Joseph
　　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP
　　　　　　　　　　　　　　　　　　　　　　555 Twelfth Street N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20004-1206
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 942-5000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 942-5999

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　　　　*Cencast Services, L.P., et al.*

# EXHIBIT A

# United States Court of Federal Claims

| | | |
|---|---|---|
| CENCAST SERVICES, L.P., *et. al.*, | ) | |
| | ) | Nos. 02-1916 T, 02-1917 T, 02-1918 T, |
| Plaintiffs, | ) | 02-1919 T, 02-1920 T, 02-1921 T, |
| | ) | 02-1922 T, 02-1923 T, 02-1924 T, |
| v. | ) | 02-1915 T |
| | ) | |
| THE UNITED STATES, | ) | Judge George W. Miller |
| | ) | |
| Defendant. | ) | |

## CONFIDENTIALITY ACKNOWLEDGMENT

I hereby certify that:

1. I have read and understand the Protective Order to which this Confidentiality Acknowledgment is annexed and I attest to my understanding that access to information designated as Confidential Information or Highly Confidential Information is pursuant to the terms and conditions and restrictions of the Protective Order.

2. I agree to be bound by the terms of the Protective Order. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of this Confidentiality Acknowledgment and the Protective Order.

   I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_[signature]_           1-28-10
Signature                                                      Date Executed

BARRY J. BABIN
Printed Name

PROFESSOR
Title DEPT. OF MARKETING
PO BOX 10318

RUSTON, LA 71272
Address

-9-