**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Cencast Services, L.P., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>United States of America, )<br>)<br>Defendant. )<br>) | Case Numbers: 02-1916 T, 02-1917 T,<br>02-1918 T, 02-1919 T, 02-1920 T,<br>02-1921 T, 02-1922 T, 02-1923 T,<br>02-1924 T, 02-1925 T<br><br>Judge George W. Miller |

**JOINT STATUS REPORT**

Pursuant to this Court's order of March 19, 2010, the parties submit this joint status report regarding the status of the defendant's claims of privilege and other discovery-related matters in this case.

**Discovery related to motion *in limine*.**  Depositions of current or former IRS employees related to the defendant's pending motion *in limine* took place before March 31, 2010.  Plaintiffs took their Rule 30(b)(6) deposition relating to the motion on April 8, 2010.  Plaintiffs, on March 23, 2010, filed a motion to compel the production of additional documents.  That motion has been fully briefed.

**Defendant's claim of privilege.**  The parties reached a compromise agreement regarding the defendant's claim of privilege, and no issues remain for resolution by the Court.

**Status of other discovery.**  Discovery related to the ultimate issues in the case, including discovery between the parties and with the non-party subpoena recipients, remains open.

- 2 -

Dated:  April 16, 2010

By:  *s/ Kent A. Yalowitz*
Kent A. Yalowitz
*Counsel of Record*

Amalia W. Jorns
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399

James P. Joseph
ARNOLD & PORTER LLP
555 Twelfth Street N.W.
Washington, D.C. 20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Plaintiffs*
*Cencast Services, L.P., et al.*

Dated: April 16, 2010

By:  */s Fredrick C. Crombie*
FREDRICK C. CROMBIE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C.  20044
(202) 305-2165
(202) 514-9440 (facsimile)

JOHN A. DiCICCO
Acting Assistant Attorney General
STEVEN I. FRAHM
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

 *s/ Mary M. Abate*
MARY M. ABATE

*Attorneys for Defendant*

5391276.1