# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| _____ | ) | |
| CENCAST SERVICES, L.P., et al., | ) | |
|  | ) | |
|                 Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, |
|  | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
|      v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
|  | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
|  | ) | Filed April 19, 2010 |
|                 Defendant. | ) | |
| _____ | ) | |

## ORDER

On August 16, 2010, plaintiffs moved for a ten-day enlargement of time to file their response to defendant's motion *in limine*. Plaintiffs seek this additional time in order to incorporate deposition testimony into their response. Defendant consents to this extension provided that the time for its reply is extended from two to three weeks. Plaintiffs consent to defendant's request.

Because the parties agree, plaintiffs' motion is **GRANTED**. Plaintiffs' response to defendant's motion *in limine*, previously due on April 26, 2010, shall be filed by **Thursday, May 6, 2010**. Defendant's reply in support of its motion *in limine*, previously due on May 10, 2010, shall be filed by **Thursday, May 27, 2010**.

    **IT IS SO ORDERED.**

                                                                                  s/ George W. Miller
                                                                                  GEORGE W. MILLER
                                                                                  Judge