# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed April 20, 2010 |
| Defendant. | ) | |

## ORDER

Pursuant to the Court's order of March 19, 2010 (docket entry 282), the parties participated with the Court in a telephonic status conference on April 20, 2010. The parties discussed scheduling issues with respect to the defendant's Motion *In Limine* Regarding Plaintiffs' Independent Contractor Theory (docket entry 249, Jan. 15, 2010). The parties also discussed plaintiffs' Motion to Compel Production of Documents Concerning Destruction of Documents and ESI (docket entry 283, March 23, 2010).

(1) Regarding briefing of defendant's Motion *In Limine*, in view of the discussion at the status conference, the Court **ORDERS** as follows:

(i) Plaintiffs' Response to Defendant's Motion *In Limine* and anticipated Cross-Motion for Partial Summary Judgment shall be filed by **Thursday, May 6, 2010**.

(ii) Defendant's Reply in support of its Motion *In Limine* and Response to Plaintiffs' Cross-Motion for Partial Summary Judgment shall be filed by **Thursday, May 27, 2010**.

(iii) Plaintiffs' Reply in Support of its Cross-Motion for Partial Summary Judgment shall be filed by **Thursday, June 10, 2010**.

(iv) The parties shall participate in oral argument on **Monday, June 21, 2010 at 10:00 a.m. at the National Court's Building**, 717 Madison Place, N.W., Washington, D.C. The number of the courtroom will be posted in the lobby.

(2) Regarding plaintiffs' March 23 Motion to Compel, in view of the discussion at the status conference and the parties' filings, the Court **FURTHER ORDERS** as follows:

(i) With respect to plaintiffs' request for an order compelling the production of information relating to the June 1998 shredding of files maintained by Revenue Agent Randy Perrin, plaintiffs' motion is **GRANTED** to the extent that defendant shall promptly determine whether the personnel files of Robert Jones and Horace Johnson still exist and if they do shall, by **Tuesday, May 6, 2010**, produce to plaintiffs any documents contained therein relating to the shredding of documents as described in plaintiffs' motion, defendant's investigation of the incident, or any related disciplinary action taken as a result of the incident. Defendant may redact any information other than names from documents contained in the personnel files that would be subject to protection under the Privacy Act, 5 U.S.C. § 552a.

(ii) With respect to plaintiffs' request for an order compelling the production of certain Electronically Stored Information ("ESI"), the Court **DEFERS RULING** upon this request pending acquisition of additional facts. In that regard, plaintiffs shall, by **Tuesday, April 27, 2010**, send defendant the specific questions they desire to have answered regarding the record retention policies of the IRS and the Office of Chief Counsel as those policies relate to the retention of e-mail. The parties shall meet and confer informally regarding plaintiffs' questions and to schedule a telephone interview with Ms. E. Faith Bell, Director of Business Enablement & Client Services at the IRS or an equivalent IRS employee with the knowledge to answer plaintiffs' questions.

(iii) The Court **FURTHER ORDERS** that the parties shall, by **Friday, May 7, 2010**, file a joint status report indicating whether they have been able to resolve the outstanding issues with respect to production of the ESI, or if not, describing the parties' respective positions, and stating whether the parties believe that a further status conference might be helpful in resolving any remaining issues.

**IT IS SO ORDERED.**

                                                s/ George W. Miller
                                                GEORGE W. MILLER
                                                Judge