# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed May 5, 2010 |
| Defendant. | ) | |

## ORDER

On May 4, 2010, defendant moved for a seventeen-day enlargement of time to respond to plaintiffs' motion for leave to file an amended and supplemental complaint (docket entry 306). Presently, defendant is scheduled to file a reply in support of its motion *in limine* with respect to plaintiffs' independent contractor theory and a response to plaintiffs' anticipated cross motion for partial summary judgment on May 27, 2010. *See* Order ¶ 1(ii) (docket entry 300, Apr. 20, 2010). Defendant notes that plaintiffs' proposed amended and supplemental complaint includes allegations regarding plaintiffs' independent contractor theory and therefore states that there will be significant overlap between the issues addressed in the briefing for the two motions. Defendant further notes that the extension of time will permit the parties to avoid unnecessary duplication of argument. Plaintiffs consent to the extension.

In view of the foregoing, defendant's motion is **GRANTED**. Defendant shall file its response to plaintiffs' motion for leave to file an amended and supplemental complaint by **Thursday, May 27, 2010**. Plaintiffs shall file their reply in support of their motion for leave to file an amended and supplemental complaint by **Thursday, June 10, 2010**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge
