# In the United States Court of Federal Claims

|   |   |   |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed May 6, 2010 |
| Defendant. | ) | |

## ORDER

On May 4, 2010, defendant moved for reconsideration of the Court's April 20, 2010 Order (docket entry 307). Counsel for plaintiffs contacted chambers and indicated that in lieu of submitting a written response, plaintiffs prefer to state their position orally at a status conference. Counsel for defendant has agreed to this procedure.

In view of the foregoing, the Court **ORDERS** that the parties shall participate with the Court in a telephonic status conference at **10:00 a.m. on Monday, May 10, 2010**. The Court will initiate the call.

**IT IS SO ORDERED.**

                                                  s/ George W. Miller
                                                  GEORGE W. MILLER
                                                  Judge