IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Judge George W. Miller)

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T

CENCAST SERVICES, L.P. ET AL,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

DEFENDANT'S FIFTH SET OF REQUESTS
FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Rules of the United States Court of Federal Claims (RCFC), defendant, by and through its undersigned counsel, hereby requests that plaintiff produce the documents requested below for inspection and/or copying, by serving originals, duplicate originals, or true photocopies of the originals, upon the United States, at the address given below. Defendant specifies the office of defendant's attorney, Fredrick C. Crombie, Room 8610, Judiciary Center Building, 555 - 4th Street, N.W., Washington, D.C., as a reasonable place for making the inspection and copying of the requested documents. See RCFC 34 ("The request shall specify a reasonable time, place, and manner of making the inspection and performing the related acts"). Alternatively, plaintiff may produce the requested documents in the form of

copies that plaintiff certifies as authentic by timely mailing those copies to defendant's attorney at the address below.

This is defendant's fifth set of requests for the production of documents and things. The requests contained herein are numbered consecutively following Sets of Requests for Production of Documents, previously served by defendant. Plaintiff is reminded that, pursuant to RCFC 26(e), it remains under a continuing obligation to supplement its responses to all of defendant's discovery requests.

## DEFINITIONS

For the purposes of these requests, the following terms shall have the meanings set forth below.

1. "Clients" shall mean any person or entity to which you provided payroll services.

2. "Communications" shall mean every contact of any nature, whether written or oral, from one person to another, and any document evidencing such contact, including but not limited to, correspondence, memoranda, notes of telephone conversations, electronic mail, diaries, daily calendars, or other records of exchanges between persons.

3. "Concerning" shall mean constituting, reflecting, identifying, stating, dealing with, relating to, connected with, analyzing, discussing, reporting, commenting on, setting forth, considering, pertaining to, referring to, describing, germane to, or otherwise relevant to the information sought.

4. "Documents" shall have the same meaning herein as in Rule 34(a)(1) of the Rules of the United States Court of Federal Claims and Federal Rule of Evidence 1001(1).

5. The term "person" shall be construed to mean and include an individual, trust, estate, partnership, company, corporation, governmental body, or other entity.

6. The terms "Plaintiffs," "You," and "Yourself" include Cencast Services, L.P.; Cenex Services, L.P.; Disc Acquisition Corp.; DISC Management Services, Group, Inc.; DISC Talent, Group, Inc.; EP Management Services, L.P.; EP Production Services, L.P.; EP Talent Services, L.P.; Pixpay Services, L.P.; Screenpay, Inc.; and any corporate successor of these entities.

7. The term "Production Worker" ("PWE") shall be construed to mean the workers whose compensation is the subject of the employment taxes at issue in this case.

8. The term "periods in issue" shall mean, with respect to each plaintiff, the calendar quarters for which the United States has asserted a counterclaim with respect to FICA taxes, and the calendar years for which the United States has asserted a counterclaim with respect to FUTA taxes in this case.

9. The term "accountable plan" shall mean an arrangement which meets the requirements of 26 CFR 1.62-2(c)(2).

10. The term "voluntary disability plan" shall mean any plan adopted under California Unemployment Insurance Code §§ 3251, et. seq., or any similar code provision of any other state.

11. The term "initial aggregation sample set productions" are the ten productions designated with an "X" at Exhibit D.

12. The term "initial production worker sample set productions" are the twenty production clusters selected by Bates White for Phase 1 sampling on plaintiffs' independent contractor theory.

13. The term "sampled production workers" are the 400 production workers selected by plaintiffs and listed on the compact disc transmitted with plaintiffs' letter of October 7, 2009.

## INSTRUCTIONS

1. In responding to the following requests for the production of documents, you are required to produce such documents as are in your possession, custody or control. If, for any reason, plaintiff cannot furnish the information as requested, plaintiff should respond to the extent possible and specify the reason for its inability to reply fully. If plaintiff objects to this request, or to the production of any particular document, defendant requests that the document and the reasons for the objection be identified with sufficient specificity to permit the objection to be addressed by the Court. The fact that any documents may be in the possession of a non-party is not grounds for objection or other failure to produce, if plaintiff has the "the right, authority, or ability to obtain the documents." *Cabot and Quinn v. United States*, 35 Fed. Cl. 80, 83 (1996).

2. These requests shall not be deemed to call for duplicate identical copies of documents. A document with handwritten notes, editing marks, etc., shall not be deemed a duplicate identical to one without such notes or marks.

3. To the extent you do not possess or control or have within your custody any documents responsive to a request, you are required to so state.

4. With respect to any document which no longer exists within your possession, custody, or control, provide information sufficient to identify the document, its contents, the date it was created, the author, any recipients of the document, and the last known location and custodian of the document. You must also describe the circumstances under which the document left your possession, custody, or control.

5. When these requests call for documents as to which you would claim any privilege or protection as a ground for non-production, in lieu of producing such documents,

identify each document and provide a privilege log that describes the nature of the document, including but not limited to:

    a. The privilege or protection that you claim precludes production;

    b. The subject matter of the document;

    c. The date on which the document was prepared, or the date that the document bears;

    d. The identities of the author(s), addressee(s) and copyee(s) of the documents; and

    e. Any additional facts on which you would base your claim of privilege or protection.

6. The source of all documents produced, and the person from whom, or the department, division or office for which such documents are maintained, shall be identified.

7. The documents should be produced in their complete and unaltered form. Attachments to documents should not be removed. The documents should not be cut up, pasted over, redacted, or altered in any way for any reason, including alleged non-relevance.

## REQUESTS FOR PRODUCTION

33. With respect to each Initial Aggregation Sample Set Production, the documents listed in Exhibit A of this set of requests for production of documents.

34. With respect to each sampled production worker for each Initial Production Worker Sample Set Production, the documents listed in Exhibit B of this set of requests for production of documents.

35. With respect to each Initial Production Worker Sample Set Production, the documents listed in Exhibit C of this set of requests for production of documents.

36. All document management and retention policies effective during and subsequent to the tax periods at issue.

37. All documents relating to any action taken by you to preserve evidence relating to your claims, including, but not limited to, your assertion that certain production workers may have been independent contractors.

38. All documents relating to any action taken by you to preserve the documents requested in requests for production numbers 33-35.

Dated: October 28, 2009     By: _____
FREDERICK C. CROMBIE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580
(202) 514-9440 (facsimile)

JOHN A. DiCICCO
Acting Assistant Attorney General
STEVEN I. FRAHM
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

Dated: October 28, 2009     _____
Of Counsel

*Attorneys for Defendant*

**EXHIBIT A: Documents or Information Concerning Initial Aggregation Sample Set Productions**

1. Agreements with any entity created by a production company or studio for purposes of making the production
2. Agreements with any of entities, or their affiliates, on whom a joint subpoena was served in this action relating to the production
3. Agreements with a production company or studio that relates to the production
4. Call sheets that relate to the production
5. Cash flow charts that relate to the production
6. Cast and crew contracts that relate to the production
7. Cast and crew lists that relate to the production
8. Certificates of training that relate to the production
9. Chart of accounts that relate to the production
10. Collective bargaining agreements that relate to work on the production
11. Communications regarding budgeting that relate to the production
12. Communications regarding casting that relate to the production
13. Communications regarding hiring and/or firing of production workers related to work on the production
14. Competitive bid forms that relate to the production
15. Completion bond agreements that relate to the production
16. Copyright applications that relate to the production
17. Correspondence with any state or federal taxing authority concerning notices of levy or other tax collection matters that relate to work on the production
18. Correspondence with bonding company that relates to the production
19. Cost reports that relate to the production
20. Crew data or information sheets that relate to the production
21. Crew invoices that relate to the production
22. Daily cost overviews that relate to the production
23. Daily prep schedules that relate to the production
24. Day files that relate to the production
25. Deal memos that relate to the production
26. Distribution logs that relate to the production
27. Documents filed with any federal court in any copyright lawsuit relating to ownership of any copyright in the production.

28. Documents filed with any state or federal court relating to any dispute with a union or guild that relate to work on the production
29. Documents regarding any dispute concerning employment status of any production worker or group of production workers
30. Extra vouchers that relate to the production
31. Filings with the Equal Employment Opportunity Commission that relate to work on the production
32. Filings with the National Labor Relations Board that relate to work on the production
33. Final budgets that relate to the production
34. Final production books for the production
35. Forms, reports or notices to unions, guilds or trust funds regarding workers and contributions that relate to work on the production
36. Loan-out agreements that relate to the production
37. Network standards and practices guidelines that relate to the production
38. Organizational charts that relate to the production
39. Other budgeting documents that relate to the production
40. Personnel services agreements and any assignments thereof that relate to the production
41. Post-production schedules for the production
42. Preliminary budgets that relate to the production
43. Production reports for the production
44. Reimbursement and allowance requests that relate to the production
45. Resumes of cast and crew that relate to the production
46. Shooting schedules that relate to the production
47. Sign-in sheets that relate to the production
48. Start slips or cards that relate to the production
49. Studio accounting and production guidelines that relate to the production
50. Time cards that relate to the production
51. Unemployment insurance claims and filings that relate to work on the production
52. Union and guild grievances that relate to work on the production
53. Vendor or contact lists that relate to the production
54. Work lists that relate to the production
55. Worker equipment rental agreements that relate to the production
56. Worker compensation claims and filings that relate to work on the production
57. Wrap books and reports that relate to the production

**EXHIBIT B: Documents or Information Concerning Sampled Production Workers Associated With the Initial Production Worker Sample Productions**

1. Cast and crew contracts
2. Cast and crew lists
3. Certificates of training
4. Communications regarding casting
5. Competitive bid forms
6. Crew data and information sheets
7. Crew invoices
8. Deal memos
9. Documents regarding any dispute concerning employment status of production worker
10. Extra vouchers
11. Form 1099s
12. Form W-2s
13. Loan-out agreements
14. Reimbursement and allowance requests
15. Resumes of cast and crew
16. Start slips or cards
17. Time cards
18. Vendor or contact lists
19. Worker equipment rental agreements specific to production worker

**EXHIBIT C: Documents or Information Concerning Initial Production Worker Sample Productions**

1. Accountable plans that relate to the production
2. Agreements with any entity created by a production company or studio for purposes of making the production
3. Agreements with any of entities, or their affiliates, on whom a joint subpoena was served in this action relating to the production
4. Agreements with a production company or studio that relate to the production
5. Call sheets that relate to the production
6. Chart of accounts that relate to the production
7. Collective bargaining agreements that relate to work on the production
8. Communications regarding budgeting that relate to the production
9. Communications regarding hiring/firing of production worker from the production
10. Copyright applications that relate to the production
11. Correspondence with any state or federal taxing authority concerning notices of levy or other tax collection matters that relate to work on the production
12. Daily prep schedules that relate to the production
13. Day files that relate to the production
14. Documents filed with any federal court in any copyright lawsuit relating to ownership of any copyright in the production.
15. Documents filed with any state or federal court relating to any dispute with a union or guild that relate to work on the production
16. Filings with the Equal Employment Opportunity Commission that relate to work on the production
17. Filings with the National Labor Relations Board that relate to work on the production
18. Final budgets that relate to the production
19. Final production books for the production
20. Forms, reports or notices to unions or guilds or to trust funds associated with unions or guilds regarding workers and contributions that relate to work on the production
21. Organizational charts that relate to the production
22. Personnel services agreements and any assignments thereof that relate to the production
23. Post-production schedules for the production
24. Preliminary budgets that relate to the production
25. Production reports for the production
26. Unemployment insurance claims and filings that relate to work on the production

27. Union and guild grievances that relate to work on the production
28. Work lists that relate to the production
29. Worker equipment rental agreements relating to any group of production workers that performed work on the production
30. Worker compensation claims and filings that relate to work on the production
31. Wrap books and reports that relate to the production

**EXHIBIT D**

| Initial Sample | Year | Studio Strata | Studio | Client Number | Production Strata[1] | Production Selected |
|---|---|---|---|---|---|---|
| | 1991 | 1 | Universal | 3398 | 1 | NORTHERN EXPOSURE |
| | 1991 | 1 | Universal | 3130 | 1 | AMERICAN ME |
| | 1991 | 1 | Universal | 2642 | 1 | MIDNIGHT RIDER |
| | 1991 | 1 | Universal | 3031 | 1 | THE BABE |
| | 1991 | 1 | Universal | 3013 | 1 | STOP OR MY MOM WILL SHOOT |
| | 1991 | 1 | Universal | 2527 | 1 | MOBSTERS |
| | 1991 | 1 | Universal | 3717 | 2 | SCENT OF A WOMAN |
| | 1991 | 1 | Universal | 3060 | 2 | COOL AS ICE |
| | 1991 | 2 | WarnerBrothers | 3024 | 1 | BAY CITY STORY |
| | 1991 | 2 | WarnerBrothers | 2843 | 1 | THE LAST BOY SCOUT |
| | 1991 | 2 | WarnerBrothers | 2686 | 1 | OTHER PEOPLE'S MONEY |
| | 1991 | 2 | WarnerBrothers | 2960 | 1 | MAMBO KINGS SING SONGS OF LOVE |
| | 1991 | 2 | WarnerBrothers | 5442 | 2 | DREADNOUGHT |
| | 1991 | 3 | ParamountNickelodian | 2819 | NA | HI HONEY, I'M HOME |
| | 1991 | 3 | ParamountNickelodian | 2612 | NA | SHORT FORM |
| | 1991 | 3 | ParamountNickelodian | 3093 | NA | THE ABC PILOT |
| | 1992 | 1 | Universal | 3457 | 1 | SNEAKERS |
| | 1992 | 1 | Universal | 5588 | 1 | CONCIERGE |
| X | 1992 | 1 | Universal | 7558 | 1 | HEARTS AND SOULS |
| | 1992 | 1 | Universal | 5820 | 1 | COP AND A HALF |
| X | 1992 | 1 | Universal | 2486 | 1 | JURASSIC PARK |
| | 1992 | 1 | Universal | 3656 | 1 | SWAMP THING |
| | 1992 | 1 | Universal | 3652 | 2 | LAW AND ORDER |
| | 1992 | 1 | Universal | 2685 | 2 | MR. BASEBALL |
| | 1992 | 2 | WaltDisneyABC | 2911 | 1 | ABC |
| | 1992 | 2 | WaltDisneyABC | 5812 | 1 | WITH A VENGEANCE |
| | 1992 | 2 | WaltDisneyABC | 5543 | 1 | POINT OF MURDER |
| | 1992 | 2 | WaltDisneyABC | 5580 | 1 | INSIDE THE JURY ROOM |
| | 1992 | 2 | WaltDisneyABC | 7792 | 2 | COUNTRY MUSIC SPECIAL |
| | 1992 | 3 | RSAUSAFilms | 3934 | NA | RSA FILMS |
| | 1992 | 3 | RSAUSAFilms | 4638 | NA | RSA USA INC./CORP |
| | 1992 | 3 | RSAUSAFilms | 3836 | NA | RSA USA, INC. |
| | 1993 | 1 | Paramount | 8167 | 1 | BLUE CHIPS |
| | 1993 | 1 | Paramount | 8492 | 1 | TERROR IN THE TOWERS |
| | 1993 | 1 | Paramount | 7877 | 1 | CONEHEADS |
| | 1993 | 1 | Paramount | 7876 | 1 | ADDAMS FAMILY II |
| | 1993 | 1 | Paramount | 8934 | 1 | THE NAKED GUN 33 1/3 |
| | 1993 | 1 | Paramount | 8171 | 1 | PRAYING MANTIS |
| | 1993 | 1 | Paramount | 7676 | 2 | JUMBO PICTURES, INC. |
| | 1993 | 1 | Paramount | 8931 | 2 | JERICHO FEVER |
| X | 1993 | 2 | WarnerBrothers | 8490 | 1 | AGAINST THE GRAIN |
| | 1993 | 2 | WarnerBrothers | 8491 | 1 | GRIECO |
| | 1993 | 2 | WarnerBrothers | 8112 | 1 | THE SECRET GARDEN |
| X | 1993 | 2 | WarnerBrothers | 5637 | 1 | DARK JUSTICE |
| | 1993 | 2 | WarnerBrothers | 5853 | 2 | EXPOSED |
| | 1993 | 3 | MGMUA | 8082 | NA | PINK PANTHER ANIMATED-2 |
| | 1993 | 3 | MGMUA | 8839 | NA | BLOWN AWAY |
| | 1993 | 3 | MGMUA | 508 | NA | IN THE HEAT OF THE NIGHT |
| | 1994 | 1 | CBS | 10166 | 1 | CHRISTY |
| X | 1994 | 1 | CBS | 2579 | 1 | EVENING SHADE |
| | 1994 | 1 | CBS | 11568 | 1 | TOUCHED BY AN ANGEL |

**EXHIBIT D**

| Initial Sample | Year | Studio Strata | Studio | Client Number | Production Strata[1] | Production Selected |
|---|---|---|---|---|---|---|
| X | 1994 | 1 | CBS | 5444 | 1 | DR. QUINN, MEDICINE WOMAN |
|  | 1994 | 1 | CBS | 10785 | 1 | SEARCH FOR GRACE |
|  | 1994 | 1 | CBS | 11153 | 1 | DEADER THAN EVER |
|  | 1994 | 1 | CBS | 11737 | 2 | THE SNYDER SHOW |
|  | 1994 | 1 | CBS | 7355 | 2 | CBS - PROMO |
|  | 1994 | 2 | Sony | 11537 | 1 | PARTY OF FIVE |
|  | 1994 | 2 | Sony | 10361 | 1 | FAITH PRINCE PILOT |
|  | 1994 | 2 | Sony | 10377 | 1 | MIXED NUTS |
|  | 1994 | 2 | Sony | 7346 | 1 | MAD ABOUT YOU |
|  | 1994 | 2 | Sony | 11138 | 2 | DUANE MARTIN PROJECT |
|  | 1994 | 3 | WarnerBrothers | 11070 | NA | GOLDEN GATE |
|  | 1994 | 3 | WarnerBrothers | 10640 | NA | EXTRA |
|  | 1994 | 3 | WarnerBrothers | 10994 | NA | ENTERTAINMENT WEEKLY |
|  | 1995 | 1 | Paramount | 13502 | 1 | ESCAPE FROM L.A. |
| X | 1995 | 1 | Paramount | 13105 | 1 | THE RELIC |
|  | 1995 | 1 | Paramount | 13073 | 1 | BLACK SHEEP |
|  | 1995 | 1 | Paramount | 12332 | 1 | JAG |
| X | 1995 | 1 | Paramount | 11914 | 1 | VIRTUOSITY |
|  | 1995 | 1 | Paramount | 12547 | 1 | PRIMAL FEAR |
|  | 1995 | 1 | Paramount | 12679 | 2 | BABYLON |
|  | 1995 | 1 | Paramount | 12551 | 2 | DEADLY GAMES |
|  | 1995 | 2 | NBC | 11273 | 1 | THE COSBY MYSTERY SERIES |
|  | 1995 | 2 | NBC | 12748 | 1 | HANG TIME 5TH SEASON |
|  | 1995 | 2 | NBC | 12747 | 1 | PEOPLE V. |
|  | 1995 | 2 | NBC | 11816 | 1 | FRESH PRINCE-SEASON 6 |
|  | 1995 | 2 | NBC | 12901 | 2 | SCARED BY LOVE |
|  | 1995 | 3 | LifetimeTV | 13037 | NA | BIGGERS AND SOMMERS |
|  | 1995 | 3 | LifetimeTV | 8225 | NA | LIFE TIME PRODUCTIONS |
|  | 1995 | 3 | LifetimeTV | 13354 | NA | SOAP OPERA AWARDS SHOW |
|  | 1996 | 1 | Sony | 13462 | 1 | HIGH SCHOOL HIGH |
| X | 1996 | 1 | Sony | 13696 | 1 | DARK SKIES |
|  | 1996 | 1 | Sony | 7346 | 1 | MAD ABOUT YOU |
| X | 1996 | 1 | Sony | 11537 | 1 | PARTY OF FIVE |
|  | 1996 | 1 | Sony | 14321 | 1 | MOLONEY |
|  | 1996 | 1 | Sony | 14908 | 1 | BUDDY |
|  | 1996 | 1 | Sony | 14213 | 2 | THE FRENCHMAN |
|  | 1996 | 1 | Sony | 13617 | 2 | PEOPLE VS LARRY FLYNT |
|  | 1996 | 2 | RHI | 15056 | 1 | MRS. SANTA CLAUS |
|  | 1996 | 2 | RHI | 15489 | 1 | TIMEPIECE |
|  | 1996 | 2 | RHI | 9627 | 1 | RHI ENTERTAINMENT, LLC |
|  | 1996 | 2 | RHI | 14084 | 1 | RANSOM OF RED CHIEF |
|  | 1996 | 2 | RHI | 9229 | 2 | RHI ENTERTAINMENT, LLC |
|  | 1996 | 3 | CarseyWarner | 14806 | NA | TOWNIES |
|  | 1996 | 3 | CarseyWarner | 6558 | NA | THE CARSEY WERNER COMPANY |
|  | 1996 | 3 | CarseyWarner | 9077 | NA | GRACE UNDER FIRE |

[1] The Studio Strata Number 3 was not stratified further.

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **DEFENDANT'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS** has been made this 28th day of October, 2009, by email and United States Mail to the following:

> Kent A. Yalowitz
> Arnold & Porter LLP
> 399 Park Avenue
> New York, NY 10022-4690

Fredrick C. Crombie
Trial Attorney, Tax Division