# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, |
| | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| v. | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| | ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) | |
| | ) | Filed June 23, 2010 |
| Defendant. | ) | |

## ORDER

On June 22, 2010, defendant was due to file several briefs regarding the various motions pending before the Court relating to plaintiffs' independent contractor theory. *See* Scheduling Order ¶ 1 (docket entry 323, May 21, 2010). On that date, defendant filed two briefs: its reply brief in support of its Motion *In Limine* and in opposition to plaintiffs' Cross-Motion for Partial Summary Judgment and its response brief in opposition to plaintiffs' Motion for Leave to File an Amended and Supplemental Complaint (docket entries 327 & 328). Defendant now moves for an extension of time until June 25, 2010, in which to file its response brief in opposition to plaintiffs' Motion to Shift Burden and for a Spoliation Sanction and its objections and responses to plaintiffs' Proposed Findings of Uncontroverted Fact. Defendant requests the extension of time because of technical difficulties that caused a portion of counsel's work-product to be lost during the preparation of these two briefs.

Upon inquiry from chambers, plaintiffs indicated their consent to the extension of time but seek a concomitant extension of time until July 23, 2010 to file their reply brief in support of their Motion to Shift Burden and for a Spoliation Sanction and their reply brief in support of their Cross-Motion for Partial Summary Judgment. Plaintiffs stated that they will still file their reply brief in support of their Motion for Leave to File an Amended and Supplemental Complaint by July 16, 2010. Upon further inquiry from chambers, defendant indicated its assent to plaintiffs' requested extension. Both parties agreed to postpone oral argument until July 29, 2010.

In view of the foregoing, defendant's motion for an enlargement of time is hereby **GRANTED.** The Court hereby **ORDERS** as follows:

(1) Defendant shall file its response brief in opposition to plaintiffs' Motion to Shift Burden and for a Spoliation Sanction and its objections and responses to plaintiffs' Proposed Findings of Uncontroverted Fact by **Friday, June 25, 2010.**

(2) Plaintiffs shall file their reply brief in support of their Motion for Leave to File an Amended and Supplemental Complaint by **Friday, July 16, 2010**.

(3) Plaintiffs shall file their reply brief in support of their Motion to Shift Burden and for a Spoliation Sanction and their reply brief in support of their Motion Cross-Motion for Partial Summary Judgment by **Friday, July 23, 2010**.

(4) The oral argument scheduled for July 22, 2010 is hereby **CANCELLED**.  Instead, the parties shall participate in oral argument at on **Thursday, July 29, 2010 at 10:00 a.m. at the National Courts Building, 717 Madison Pl. N.W., Washington, D.C. 20005.**  The parties shall be prepared to present argument regarding all of the pending motions relating to the Court's consideration of plaintiffs' independent contractor theory.  The number of the courtroom will be posted in the lobby.

**IT IS SO ORDERED.**

        s/ George W. Miller
        GEORGE W. MILLER
        Judge