# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) ) ) | Nos. 02-1916 T, 02-1917 T, |
| Plaintiffs, | ) ) | 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, |
| v. | ) ) | 02-1924 T, 02-1925 T |
| THE UNITED STATES, | ) ) | Filed September 9, 2010 |
| Defendant. | ) ) ) | |

## ORDER

On September 3, 2010, the Court filed an Opinion and Order that, *inter alia*, granted in part plaintiffs' motion for leave to file a consolidated, amended and supplemental complaint by Friday, September 10, 2010 (docket entry 349). Plaintiffs move for an enlargement of time to file their consolidated, amended and supplemental complaint (docket entry 350, Sept. 8, 2010), citing the shortened work week due to Labor Day and Rosh Hashanah. Plaintiffs request an additional 21 days to "evaluate how they wish to proceed on that Complaint." Defendant consents to the plaintiffs' request.

In view of the foregoing, plaintiffs' motion is **GRANTED**. The Court **ORDERS** as follows:

(1) Plaintiffs' consolidated, amended and supplemental complaint, previously required to be filed on September 10, 2010, shall instead be filed by **Friday, October 1, 2010**.

(2) Defendant's response to plaintiffs' consolidated, amended and supplemental complaint, previously required to be filed on September 24, 2010, shall instead be filed by **Friday, October 15, 2010**.

(3) Plaintiffs' reply (if any), previously required to be filed on October 15, 2010, shall instead be filed by **Friday, October 22, 2010**.

(4) The parties' joint status report, describing the issues that remain to be resolved, the current status of discovery, and the nature and timing of further proceedings, previously required to be filed on October 22, 2010, shall instead be filed by **5:00 p.m. on Thursday, October 28, 2010**.

2

(5) The status conference scheduled for **Friday, October 29, 2010 at 10 a.m. Eastern Time at the National Courts Building, 717 Madison Place N.W., Washington, D.C.,** will proceed as scheduled.

**IT IS SO ORDERED.**

 s/ George W. Miller
GEORGE W. MILLER
Judge