## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Cencast Services, L.P., et al., | ) )  ) |
| Plaintiffs, | ) Case Numbers: 02-1916 T, 02-1917 T, ) 02-1918 T, 02-1919 T, 02-1920 T, ) 02-1921 T, 02-1922 T, 02-1923 T, |
| v. | ) 02-1924 T, 02-1925 T ) |
| United States of America, | ) Judge George W. Miller ) |
| Defendant. | ) ) |

### JOINT STATUS REPORT

Pursuant to the Court's Order of July 2, 2012, the parties submit the following status report to describe their progress towards settlement and their views with respect to the nature and timing of further proceedings.

**Progress Towards Settlement.** In their June 15, 2012, and July 2, 2012, Joint Status Reports, the parties reported that, on June 14, 2012, the Department of Justice, Tax Division had completed its review of Plaintiffs' settlement offer in this action (along with another settlement offer in a related case pending in the United States District Court for the District of Nevada), and had submitted the Tax Division's favorable recommendation to the final step of review at the Department of Justice. At this time, defendant currently expects that the Plaintiffs' settlement offer will clear the Department of Justice's final step of review within the next three weeks. Should Defendant accept Plaintiffs' settlement offer, the parties expect to file a request for entry of judgment and proposed order directing entry judgment within three business days of that acceptance.

- 2 -

Given this status, the parties respectfully request that the Court set an August 6, 2012, deadline for a status report on the continued progress toward final judgment.

                                                    Respectfully submitted,

Dated: July 16, 2012　　　　　　　　　　By:　s/Kent A. Yalowitz
                                                        Kent A. Yalowitz
                                                        Attorney of Record

                                                        Maxwell C. Preston
                                                        ARNOLD & PORTER LLP
                                                        399 Park Avenue
                                                        New York, NY  10022-4690
                                                        Telephone:  (212) 715-1000
                                                        Facsimile:  (212) 715-1399
                                                        Kent.Yalowitz@aporter.com
                                                        Maxwell.Preston@aporter.com

                                                        *Attorneys for Plaintiffs*

Dated: July 16, 2012　　　　　　　　　　By: s/Fredrick C. Crombie
                                                        FREDRICK C. CROMBIE
                                                        Attorney of Record
                                                        U.S. Department of Justice, Tax Division
                                                        Court of Federal Claims Section
                                                        Post Office Box 26
                                                        Ben Franklin Post Office
                                                        Washington, D.C.  20044
                                                        Telephone: (202) 305-2165
                                                        Facsimile: (202) 514-9440
                                                        Fredrick.C.Crombie@usdoj.gov

                                                        KATHRYN M. KENEALLY
                                                          Assistant Attorney General
                                                        DAVID I. PINCUS
                                                          Chief, Court of Federal Claims Section
                                                        MARY M. ABATE
                                                          Assistant Chief

                                                        s/Mary M. Abate
                                                        Of Counsel

                                                        *Attorneys for Defendant*

- 2 -

8724128.1