# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CENCAST SERVICES, L.P., et al., | ) | |
| | ) | Nos. 02-1916 T, 02-1917 T, |
| Plaintiffs, | ) | 02-1918 T, 02-1919 T, 02-1920 T, |
| | ) | 02-1921 T, 02-1922 T, 02-1923 T, |
| v. | ) | 02-1924 T, 02-1925 T |
| | ) | |
| THE UNITED STATES, | ) | Filed July 17, 2012 |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 16, 2012, the parties filed a joint status report (docket entry 421). The parties reiterate that, on June 14, 2012, the Department of Justice, Tax Division, completed its review of plaintiffs' settlement offer in this action (along with another settlement offer in a related case pending in the United States District Court for the District of Nevada) and submitted a favorable recommendation in connection with the final step of review at the Department of Justice. The parties report that defendant expects the plaintiffs' settlement offer to clear the final step of review within three weeks from the date of their July 16 status report. If the offer is accepted, the parties anticipate filing a request for the entry of judgment and a proposed order directing the entry of judgment within three business days of the acceptance.

In view of the foregoing, the Court **ORDERS** that the parties file their next joint status report by **Monday, August 6, 2012**.

**IT IS SO ORDERED.**

                                                        s/ George W. Miller  
                                                       GEORGE W. MILLER  
                                                             Judge