# In the United States Court of Federal Claims

Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T,
02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T and 02-1925 T

**CENCAST SERVICES, L.P., ET AL.,**

                         **JUDGMENT**

   v.

**THE UNITED STATES**

      Pursuant to the Order Directing Entry of Final Judgment, filed September 4, 2012,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs are awarded nothing on their claims and the United States shall recover on its counterclaims of and from the plaintiffs (individually and not jointly) the following amounts of tax, with, in addition thereto, the associated assessed and accrued interest together with statutory interest: Cencast Services, L.P. (No. 02-1916 T)-$68,047.23, Cenex Services, L.P. (No. 02-1917 T)-$172.15, DISC Acquisition Corp. (No. 02-1918 T)-$3,194,056.93, DISC Management Services Group, Inc. (No. 02-1919 T)-$7,763.15, DISC Talent Group, Inc. (No. 02-1920 T)-$883,370.89, EP Management Services, L.P. (No. 02-1921 T)-$6,377,673.09, E.P. Production Services, L.P. (No. 02-1922 T)-$6,457,162.87, EP Talent Services, L.P. (No. 02-1923 T)-$9,172,925.47, Pixpay Services, L.P. (No. 02-1924 T)-$4,639,157.72, and Screenpay, Inc. (No. 02-1925 T)-$528,495.70.  Each party shall bear its own costs.

                                                          Hazel C. Keahey
                                                          Clerk of Court

**September 4, 2012**                 By:    s/Lisa L. Reyes

                                                          Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $455.00.